1

<pre>
 1                 UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF NEW YORK
 2

 3      ------------------------------X
        EAST END ERUV ASSOCIATION,
 4                                    :  CV-11-213
                                         (LDW)
 5            Plaintiff,
                                      :  United States Courthouse
 6         -against-                     Central Islip, New York

 7      WESTHAMPTON, et al.,
                                      :  May 18, 2011
 8            Defendants.               11 a.m.
        ------------------------------X
 9
                     TRANSCRIPT OF PROCEEDINGS
10              BEFORE THE HONORABLE LEONARD D. WEXLER
                   UNITED STATES DISTRICT COURT JUDGE
11

12      APPEARANCES:

13      For the Plaintiff:        ROBERT SUGARMAN, ESQ.
                                  YEHUDAH L. BUCHWEITZ, ESQ.
14                                Weil, Gotshal & Manges
                                  767 Fifth Avenue
15                                New York, New York 10153

16

17      For the Defendants:       JELTJE DEJONG, ESQ.
                                  Devitt Spellman Barrett, LLP
18
                                  MARCI HAMILTON, ESQ.
19                                Benjamin Cardozo School of Law
                                  For Village of Quogue
20
                                  BRIAN S. SOKOLOFF, ESQ.
21                                LEO DORFMAN, ESQ.
                                  Sokoloff Stern
22                                For Village of Westhampton Beach

23

24

25
</pre>

2

APPEARANCES CONT'D:

For the Defendants:      MAUREEN T. LICCIONE, ESQ.
                         ROBERT V. GUIDO, ESQ.
                         Jaspan Schlesinger
                         For Town of Southampton


ALSO PRESENT:            MICHAEL E. WILES, ESQ.
                         ERICA S. WEISGERBER, ESQ.
                         Debevoise & Plimpton
                         For Verizon New York

                         MICHAEL A. PINCUS, ESQ.
                         Associate General Counsel
                         For LIPA

Official Court Reporter:    Paul J. Lombardi, RMR, FCRR
Ph. (631) 712-6106          100 Federal Plaza - Suite 1180
Fax (631) 712-6122          Central Islip, New York 11722


          Proceedings recorded by mechanical stenography.
                  Transcript produced by CAT.

1           LAW CLERK:  East End Eruv Association v The

2   Village of Southampton Beach.

3           Your appearances, please.

4           MR. SUGARMAN:  Robert Sugarman on behalf of

5   plaintiffs.

6           MS. DEJONG:  Jeltje DeJong on behalf of the

7   Village of Quogue and all the Quogue defendants.

8           Good morning, your Honor.

9           MS. HAMILTON:  Marci Hamilton on behalf of

10   Quogue and all the Quogue defendants.

11           MR. SOKOLOFF:  Brian Sokoloff for the Village of

12   Westhampton Beach and the Westhampton Beach defendants.

13           MR. DORFMAN:  Leo Dorfman for the same

14   defendants, your Honor.

15           MS. LICCIONE:  Maureen Liccione for all of the

16   East Hampton defendants, and I'm here with my colleague

17   Robert Guido -- Southampton, I'm sorry.

18           THE COURT:  We'll hear from the plaintiff.

19           MR. SUGARMAN:  Good morning, your Honor.

20           May it please the court.  My name is Robert

21   Sugarman and I represent the plaintiffs.

22           This case really comes down to a very simple and

23   straightforward issue because everything flows from

24   whether or not the sign laws of the municipalities apply.

25   We think it's clear that they do not apply to a wooden

4

1    stick.

2              And what flows from that, your Honor, is that

3    there are no constitutional issues because the

4    municipalities are not being asked to do anything other

5    than refrain from obstructing the plaintiffs in performing

6    under their agreements with Verizon and LIPA.  Since the

7    municipalities are not being asked to do anything, they

8    don't have to do anything, there can't be a violation of

9    the establishment laws.  There is no constitutional issue

10   with respect to the establishment.

11             With respect to state law issues, the claim is

12   made that Verizon and LIPA have no power, absent the --

13             THE COURT:  Let me ask you.

14             Why are you joining three separate defendants in

15   one action under Rule 20?

16             MR. SUGARMAN:  Your Honor, the reason we did

17   that is because there is one Eruv that is covered by the

18   agreements that the plaintiffs East End Eruv Association

19   has with Verizon and LIPA.

20             There is one Eruv.  It touches each of the

21   municipalities.

22             THE COURT:  You still haven't answered why you

23   brought in three separate defendants in one action.

24             MR. SUGARMAN:  Because the three separate

25   defendants have -- acted in similar ways to prevent the

1    construction of one Eruv.

2           The Eruv, as I said, touches all three and,

3    therefore, we thought it was more expeditious --

4           THE COURT:  But the defendant is saying they are

5    all different and they have different rules and different

6    applications and different regulations, and some don't

7    have any.

8           So I don't know who's on first and who's there

9    with first.

10          MR. SUGARMAN:  Well, your Honor, we dealt with

11   that in all of our papers and most recently in our reply

12   papers.

13          We deal with each of the --

14          THE COURT:  Well, let's hear from the defendants

15   and see how you dealt with it on that issue only.

16          MR. SUGARMAN:  Whether the sign laws apply.

17          THE COURT:  No.

18          Why you brought three separate defendants under

19   one action, even though there is one God in certain

20   religions, that doesn't open up the door to everything.

21          Go ahead.  Who wants to go first?

22          MR. SOKOLOFF:  Your Honor, Brian Sokoloff and

23   I'm the Westhampton Beach.

24          THE COURT:  Okay.  Westhampton Beach.

25          What do you say?

1      MR. SOKOLOFF:  Our case is the easiest to deal

2  with initially.

3      Our case, our position on this application for a

4  preliminary injunction is we haven't done anything.  The

5  plaintiffs sue us apparently because they say that

6  something we did made Verizon and LIPA get cold feet.

7      Here is what we did.  The one thing that they

8  attach is to an affidavit by William Balcerski,

9  B-A-L-C-E-R-S-K-I from the legal department of Verizon, he

10  attaches a letter from the Westhampton Beach trustees to

11  him:

12      Dear Mr. Balcerski -- it's dated May 18, 2009 --

13  Dear Mr. Balcerski, we are writing as the board of

14  trustees of the Village of Westhampton Beach, the

15  village's governing body.  It's the board's understanding

16  that Verizon has again been discussing, with the Hampton

17  synagogue, an agreement that would result in attachments

18  to utility poles owned by Verizon and/or the Long Island

19  Power Authority located within village limits in order to

20  create an, quote, Eruv, close quote, under Jewish law.

21      Let me just stop right there, your Honor.  It's

22  the board's understanding that there has been a

23  discussion.  Next sentence:

24      The board further understands Verizon's position

25  to be that it will not execute the proposed agreement, and

7

1   will not take or permit any action with respect to utility

2   pole placements, unless and until the village approves the

3   attachments, close quote.

4          Let me stop right there.  The village is telling

5   Verizon that we understand Verizon to think that it needs

6   village approval.  Next sentence:

7          For your information, the synagogue submitted an

8   application to the village trustees in March 2008 seeking

9   approval of an Eruv within village limits.  The

10  application was, quote, withdrawn, close quote, by the

11  synagogue in May of 2008.

12         Since that time, the village has received --

13         THE COURT:  Counselor, I don't have all day.

14         I just want to know why on that issue you

15  shouldn't be here, or joined in with the others.

16         MR. SOKOLOFF:  Because we haven't done anything.

17         THE COURT:  Okay.

18         MR. SOKOLOFF:  That's why we shouldn't be here.

19         That's why it's not ripe.  That's why there is

20  no 1983 claim.

21         THE COURT:  All right.

22         Next.

23         MS. DEJONG:  Your Honor, on that issue, the

24  plaintiffs --

25         THE COURT:  You are representing.

8

1          MS. DEJONG:  I'm representing the Village of

2     Quogue, your Honor.

3          THE COURT:  Okay.

4          MS. DEJONG:  Your Honor, the plaintiffs have

5     lumped us all together and it truly is not fair to any of

6     the defendants.

7               For instance, we are very different in that

8     Quogue, Quogue's provision is not a sign provision like

9     Southampton.  It's a provision with regard to

10    encroachments.  No one resides in Quogue.

11               No one resides within the proposed Eruv area

12    within Quogue, most importantly, there is not --

13          THE COURT:  Stop.

14               Plaintiff, who lives in Quogue?

15          MR. SUGARMAN:  One of the members of the East

16    End Eruv Association.

17          THE COURT:  Who?

18          MR. SUGARMAN:  Lives in Quogue.

19          THE COURT:  Who?

20          MR. SUGARMAN:  I will get the name.

21          THE COURT:  That's all I want to know, who.

22          MR. SUGARMAN:  But there is another answer to

23    why, which I'll get to if you give me an opportunity

24    after.

25          THE COURT:  Sure.

1          First let's find out the name of the person who

2   lives in Quogue.  She says nobody does, you say they do.

3          MS. DEJONG:  Your Honor, in plaintiff's reply

4   papers that's the first time we were made aware of one

5   person who supposedly lives in Quogue, and they provided

6   us with a name.

7          Well, that person does not live within the Eruv

8   area that's part of Quogue.  So he's totally outside the

9   area that we are discussing.  No statements were made by

10  officials from Quogue with regard to the establishment of

11  an Eruv.

12         All of the statements that the plaintiffs put in

13  their paperwork are not attributed to any official from

14  the Village of Quogue, nor are there any statements

15  made --

16         THE COURT:  Wait a minute.

17         You got off that one point and went on to

18  something else.

19         MS. DEJONG:  Judge, I thought you wanted to know

20  the differences between the municipalities.

21         THE COURT:  Are you conceding there is one

22  person who lives in Quogue so we can get off of that?

23         MS. DEJONG:  No, your Honor.  I'm not conceding

24  that.

25         I'm conceding they listed a name in their reply

1    paperwork and if, in fact, that person lives in Quogue,

2    that person does not live within that portion of Quogue

3    that they say is going to be part of the Eruv.

4              He lives outside of the area.

5              THE COURT:  Do they have to live within that

6    area of the Eruv or they can live within walking distance

7    of it?

8              MS. DEJONG:  Judge, I believe they have to live

9    within the area of the Eruv.

10             THE COURT:  You mean if they live two blocks

11   away from the walk to the temple, they don't count?

12             MS. DEJONG:  Well, you know, Judge, I'm sure

13   that they can -- I'm not that familiar with Judaic law.

14             I believe that they would then have to push or

15   carry or whatever for the two blocks and then when they

16   get within the Eruv.

17             THE COURT:  Okay.

18             MS. DEJONG:  But, in any event, that person has

19   never made himself known to the Village of Quogue.

20             The way that the Village of Quogue found out

21   even about this Eruv is from a conversation with the mayor

22   of Westhampton Beach.  So it's like all of a sudden we are

23   here in federal court and the Village of Quogue has had no

24   knowledge about anything with regard to an Eruv, not until

25   this complaint was filed.

1        Also, your Honor, we have different franchises,

2   I'm assuming, I think there would need to be discovery

3   with regard to this.  You know that in accordance with

4   state law the transportation corporation law that

5   different franchises were given to the utilities to, in

6   fact, erect poles to provide public service to the

7   citizenry.

8        But I believe there are also poles that might be

9   on easements that are privately created.  There's a whole

10  bunch of issues with regard to what the rights of LIPA and

11  Verizon are, just within the Village of Quogue.

12       THE COURT:  That didn't answer any of my

13  questions if there are other problems with the poles and

14  so forth.

15       How do you distinguish yourself from the other

16  two, why you shouldn't all be lumped together is my

17  question.

18       MS. DEJONG:  Well, your Honor, we shouldn't all

19  be lumped together because, No. 1, we have different

20  ordinances.

21       No. 2, we have had no interaction, whatsoever,

22  with the plaintiffs or with anybody wanting to establish

23  an Eruv.

24       THE COURT:  Do you have an ordinance requiring

25  somebody to make an application or you don't have that?

1          MS. DEJONG:  We have an ordinance, your Honor,

2    that prohibits the encroachment on the public right of

3    way, and an encroachment is basically -- and I can tell

4    you word for word, your Honor, if you like -- I'll tell

5    you word for word.

6          Specifically it prohibits any private use of any

7    portion of a public right of way through any structure or

8    device, whereupon, above or under said right of way.

9          That's basically what --

10         THE COURT:  And you believe that stick

11   interferes with the public right of way?

12         MS. DEJONG:  Well, yes, your Honor.

13         At this point -- we haven't even had an

14   opportunity to even make a decision on that.  Like I said,

15   nobody's come to apply.

16         THE COURT:  How long have I known you?

17         MS. DEJONG:  A long time, Judge.

18         THE COURT:  Okay.

19         You think that little stick has -- obstructs the

20   public going and coming?  That's what you just told me.

21         MS. DEJONG:  Your Honor, I think it fits within

22   the definition of an encroachment under the code of the

23   Village of Quogue.

24         THE COURT:  Okay.

25         Next.  On the issue of why you should not all be

13

1    lumped together.

2              MS. LICCIONE:  Good morning, your Honor.

3              Maureen Liccione from Jaspan Schlesinger, and I

4    can give you three reasons why the Town of Southampton is

5    markedly different.

6              First, the lechis are absolutely signs within

7    the Southampton sign ordinance.

8              THE COURT:  The what?

9              MS. LICCIONE:  330-201 defines a sign in

10   different ways and includes an outline or delineation.

11   That's what this is.

12             That's exactly what this is and if you look at

13   the Tenafly case, the Tenafly court called an Eruv a

14   demarcation.  A demarcation, delineation, outline.

15             THE COURT:  Which court was that?

16             MS. LICCIONE:  Third Circuit, your Honor.

17             So that's the first reason why we are different.

18             Second, the reason that we are different and the

19   reason we are absolutely different also from Tenafly is

20   because as we put in the surreply papers and I have the

21   witnesses here, Tenafly was decided on the facts, and the

22   facts here are that the Town of Southampton has an active

23   and I will submit to the court strident enforcement policy

24   with respect to signs on the poles.

25             The third reason we are different is because the

14

1    case against the town --

2          THE COURT:  That's an issue of fact that will

3    have to be decided by a hearing.

4          MS. LICCIONE:  Absolutely, your Honor, and I

5    have the witnesses here.

6          We are ready to go.

7          THE COURT:  Ready to go right now?

8          MS. LICCIONE:  What's that?

9          THE COURT:  You are ready to go right now?

10          MS. LICCIONE:  Absolutely, sir.

11          THE COURT:  You can go back and continue with

12    your arguments.

13          MS. LICCIONE:  Your Honor, can I just -- the

14    third reason that we are different?

15          THE COURT:  Sure.

16          MS. LICCIONE:  Thank you, your Honor.

17          Is that because with respect to the Town of

18    Southampton, the plaintiffs have requested nothing more

19    than an advisory opinion.  We have the letter from the

20    supervisor, the e-mail from the supervisor saying this is

21    covered by our sign ordinance.  We have an unauthorized

22    letter from the former town attorney asking, could you

23    tell us where you are planning to put this and if it

24    includes Southampton.

25          And we didn't find out where it was going to be

1  in Southampton until we got the reply papers the other

2  day.

3          Thank you, Judge.

4          THE COURT:  One second.

5          (Whereupon, there was a pause in the

6  proceedings.)

7          THE COURT:  Go ahead.

8          MR. SUGARMAN:  Thank you, your Honor.

9          Let me start with Ms. Liccione's last statement

10  that the stick --

11          THE COURT:  Who's statement?

12          MR. SUGARMAN:  The last lawyer for Southampton.

13          THE COURT:  Okay.

14          MR. SUGARMAN:  That the lechi is covered by

15  Section 330 B.

16          Unfortunately she only quotes half of the

17  provision.  It says, quote, colored bands, stripes,

18  patterns, outlines or delineations displayed for the

19  purpose of commercial --

20          THE COURT:  She gets off the issue that I asked

21  and now you are answering where she got off the issue.

22          MR. SUGARMAN:  Okay.

23          THE COURT:  Okay.

24          So I'm glad you are all doing what you want to

25  do, but nobody wants to help me --

16

1      MR. SUGARMAN:  Your Honor --

2      THE COURT:  Can't I say something?

3      MR. SUGARMAN:  I'm sorry.

4      I apologize.

5      THE COURT:  All right.

6      Go ahead.

7      MR. SUGARMAN:  I really do apologize.

8      THE COURT:  Do your thing, counselor.

9      MR. SUGARMAN:  I'm just responding to the

10   arguments as to why each of these is different and coming

11   back to the point I made --

12     THE COURT:  Good.

13   So she's going the make the decision if you want

14   to answer her remarks, which didn't answer my question,

15   and you are going to answer hers, and she's going to then

16   rebut you on what you said and nobody's going to answer my

17   question.

18     MR. SUGARMAN:  The reason -- I will answer your

19   question.

20     THE COURT:  Good.

21     MR. SUGARMAN:  The reason that these three

22   municipalities are all in this case is because there is

23   one Eruv.  It touches each of the three.

24   And each of the three municipalities has had a

25   significant opportunity in this motion to make all of

1    their points, and one of their points as Ms. Liccione just

2    said is they have different sign laws.  Well, they have

3    all had the opportunity to say to your Honor, our sign

4    laws are different, and we have had the opportunity to say

5    to your Honor, while they may be different, none of them

6    apply to this stick.

7              They are not an encroachment on the right of

8    way.  They are not a projection on the right of way.  They

9    are not a sign for purposes of the commercial --

10             THE COURT:  Okay.

11             MR. SUGARMAN:  The Westhampton Beach ordinance

12   doesn't point to anything that has to do with the Lechis.

13             Coming back to the point I made at the very

14   beginning, your Honor, this whole motion hinges on, in the

15   first instance, whether any of the local ordinances

16   prohibit putting the lechis on the poles.

17             Verizon and LIPA submitted a declaration in

18   reply which says, representatives of the municipalities

19   have stated publicly that they will not permit the Eruv to

20   be established, that the installation of Lechis would

21   violate local laws, and that threatening to impose fines

22   and/or take other legal action against Verizon New York

23   and LIPA if they permit the installation of the lechis.

24             This is not an advisory opinion we are asking

25   for.  We have contracts with Verizon and LIPA.  They are

1   prepared to go forward with the contracts.  They are not

2   going forward with the contracts because the public

3   officials of each of these three municipalities have --

4           THE COURT:  Are they included in the lawsuit?

5           MR. SUGARMAN:  They brought a separate lawsuit,

6   your Honor.

7           THE COURT:  Are they here today?

8           MR. SUGARMAN:  They are here today.

9           The two lawsuits have been, I don't know if they

10  have been consolidated, they are both now before your

11  Honor, and they are here today.  They put in, as I say, a

12  declaration in support of this motion saying what I just

13  said.

14          So this is not a theoretical advisory opinion.

15  It's not a request for a mandatory injunction.  It's very

16  simply a request that you enjoin these municipalities.

17  The public officials of each have publicly said, we oppose

18  it.  We will disapprove it.

19          So we are in a situation where, on the one

20  hand --

21          THE COURT:  The only trouble is, counselor, all

22  counsel are waiving their heads saying no one made an

23  application to us.

24          MR. SUGARMAN:  That's correct.

25          But --

19

1          THE COURT:  Wait.

2          That's what?

3          MR. SUGARMAN:  That's correct.

4          No one made a formal application for two

5    reasons.

6          One is none of the sign laws applies, and,

7    therefore, there is no need for a formal application and

8    the second reason is that the public officials of each of

9    these municipalities and I'm talking about Westhampton

10   Beach because Mr. Sokoloff did, made public statements

11   that any application will be denied.

12         THE COURT:  Who made that statement?

13         MR. SUGARMAN:  Mayor Teller, Westhampton Beach.

14         THE COURT:  Who represents them?

15         MR. SOKOLOFF:  I do.

16         THE COURT:  Did he say he would deny all

17   applications concerning that?

18         MR. SOKOLOFF:  I don't know what the context is.

19   I don't know who he said it to.

20         It certainly was not at a public --

21         THE COURT:  You don't know whether your mayor

22   said that and you are representing him and it was in the

23   papers?

24         MR. SOKOLOFF:  I know he didn't say it at a

25   public meeting.

20

1          THE COURT:  Oh.

2          He said it privately, to whom?

3          MR. SOKOLOFF:  I don't know whether he said it

4   privately or not, but whenever he said it he had a

5   constitutional right to say.

6          He did not say anything in a public meeting.  He

7   did not do anything in a public meeting.

8          MR. SUGARMAN:  Your Honor, all I know is that

9   all of the trustees of Westhampton Beach have publicly

10  stated if it was a private meeting we wouldn't know about

11  it, it's publicly stated, every single one of them said,

12  one said the Eruv will never happen on my watch.

13         THE COURT:  Don't you think I need a hearing on

14  that?

15         MR. SUGARMAN:  No, your Honor, because the

16  reason that there's no hearing necessary is because we put

17  all of these allegations in our complaint.

18         THE COURT:  Oh, and you put them in the

19  complaint and they are denying it, but therefore I have to

20  accept your interpretation?

21         MR. SUGARMAN:  Counsel is standing up and

22  saying, I don't really know.

23         There's no denial in any of the answering

24  papers.  There's no declaration from any public official

25  in any of these three municipalities which says, I didn't

21

1   say that.  I don't mean it.  They are totally silent.

2          We put the allegations out there in our reply

3   papers and there has been total silence.

4          THE COURT:  And you made no application to any

5   board whether it's required or not?

6          MR. SUGARMAN:  We made no application because --

7   that's right, because it's not required, and because it

8   would be futile.

9          Those are the two reasons why.

10         THE COURT:  Some have no rules.  Some do have

11  rules and some --

12         MR. SUGARMAN:  Your Honor --

13         THE COURT:  And have different rules.

14         MR. SUGARMAN:  The only things that the

15  municipalities have pointed to as to requiring an

16  application are these sign laws.

17         In Quogue's papers, they never argue that their

18  Section 158 really applies to a piece of wood and I think

19  your Honor's question was spot on.  Does this piece of

20  wood encroach or project on to the right of way and there

21  can be no factual issue that a piece of wood that's no

22  more than an inch thick can encroach on the right of way.

23         I would suggest that there are no factual

24  issues.  There are no factual issues with respect to the

25  applicability of the sign laws because if you look at

22

1    their provisions they just don't apply.

2            THE COURT:  I'm setting it down for a hearing.

3            MR. SUGARMAN:  Excuse me, your Honor?

4            THE COURT:  I'm setting it down for a hearing.

5            We'll take witnesses, but before that time I

6    want you to divide up this case as to which plaintiffs are

7    suing which defendants on what theory.  I'm not going to

8    take all three of them which have different claims of

9    violations and different notice requirements because I

10   can't figure it out who goes to who.

11           We have to separate it because some may be right

12   and some may be wrong and I don't know.

13           MR. SUGARMAN:  Your Honor, let me just say, in

14   none of the papers that have been put in by any of the

15   municipalities has there been any argument that this is a

16   provision, and your Honor asked this question, there was a

17   provision in their local laws that requires an

18   application.

19           There is no such provision that we know of, and

20   the defendants have not identified any.

21           THE COURT:  Someone wants to answer that.

22           Go ahead.

23           MS. DEJONG:  Your Honor, if I may.

24           It has been our position all along that the

25   plaintiffs are required to apply and to get permission.

23

1    And that's based on state law, and our position has always

2    been that we shouldn't even deal with constitutional

3    issues until we deal with the state law issues.

4           Basically the fact that --

5           THE COURT:  Do you have a requirement that they

6    have to file an application before they can put anything

7    on the poles?

8           MS. DEJONG:  Your Honor, under village law, New

9    York State village law, the village board of trustees have

10   exclusive control over the streets and the property within

11   the Village of Quogue.

12          And we have advised the utilities that in order

13   for them to now -- to apply something to the poles on the

14   village right of way for private use they have to apply to

15   the village, which they haven't done, and that's under

16   village law 6-602 and village law 4-412.

17          Since they haven't done that, your Honor, since

18   the utilities haven't done that, that's why this matter

19   isn't ripe.  Yes.  They do need to apply and we told the

20   utilities that, and ordinarily, your Honor, when the

21   utilities disagree with that they go and do an Article 78

22   in the state court and have a determination made by the

23   state court as to whether or not the village is correct in

24   requiring them to apply for permission.

25          According to the village law, the Village of

24

1   Quogue and the Village of Westhampton Beach is entitled to

2   have reasonable regulations with regard to the public

3   right of way.

4            THE COURT:  How about the Town of Southampton?

5            Do you require an application?

6            MS. LICCIONE:  We require -- I just conferred

7   with the town attorney, we require applications for

8   certain signs.

9            The signs -- and if I just may, counsel was

10  going to Section 202 B, it's 202 A that applies.  If

11  counsel -- the typical way that this is handled as a basic

12  precept of municipal law --

13           THE COURT:  Not typical way.

14           Do you have a requirement that they have to file

15  an application?

16           MS. LICCIONE:  No because these are prohibited.

17           However, if they want to take the position --

18           THE COURT:  Where is it prohibited in the

19  statute?

20           MS. LICCIONE:  It's 330-202 B, and demarcation

21  or -- delineation or an outline is a prohibited sign.

22           Southampton sign ordinance is new.  It was only

23  adopted in 2004 and it's very exhaustive.  But to answer

24  your question --

25           THE COURT:  Wait a minute.

1          What does that have to do with the price of tea,

2    it was only done in 2004?  It's now 2011.  That's seven

3    years later.

4          MS. LICCIONE:  I was making the point that it's

5    very exhaustive.

6          But to your Honor's question --

7          THE COURT:  It's very exhaustive.

8          Is it in there or not?

9          MS. LICCIONE:  Yes.

10          THE COURT:  I'll ask the plaintiff, is it --

11          MS. LICCIONE:  It's --

12          THE COURT:  Wait.

13          MS. LICCIONE:  If I can answer.

14          THE COURT:  No.

15          You made a statement.  I'm not asking you to

16    answer.  You said it's in there.  I'm asking the plaintiff

17    if it's in there.

18          MR. SUGARMAN:  Not that we know of, your Honor.

19          MS. LICCIONE:  Your Honor, if I may.

20          If someone believes that --

21          THE COURT:  Read it to me where it's in your

22    ordinance that you have to make an application.

23          MS. LICCIONE:  Your Honor, if someone

24    believes --

25          THE COURT:  No.

1           Read it to me --

2           MS. LICCIONE:  Someone has to --

3           THE COURT:  Did you hear me?

4           You are going to do what I tell you to do.  You

5      made a statement it's in the ordinance.  I say read it to

6      me.  Can you?  Call upon the town attorney, maybe he or

7      she can help you.

8           MS. LICCIONE:  Your Honor, there is no -- the

9      town code provides that when you believe a local law does

10     not apply to you or it's being misinterpreted you make a

11     zoning application to the ZBA.

12          THE COURT:  I didn't ask you that question.

13          I asked you if they have to make an application.

14     You referred to a particular section.  All I said was read

15     it.

16          Now you are telling me something else.

17          MS. LICCIONE:  These signs are prohibited, your

18     Honor.

19          Perhaps I didn't --

20          THE COURT:  Read it to me.

21          And where you have to make an application.

22          MS. LICCIONE:  These signs are prohibited so

23     there is no specific application procedure.

24          What the town --

25          THE COURT:  Oh.

27

1          So what you just told me before which I called

2     you down on, maybe someone's handing you something that

3     will help you.

4          Is there a written requirement?

5          MS. LICCIONE:  Not for this type of sign.

6          I think I misunderstood your question, your

7     Honor.

8          THE COURT:  Okay.  You misunderstood.

9          So there's no requirement then.

10          MS. LICCIONE:  Other than going to the ZBA for

11     an interpretation which is a standard municipal practice.

12          330-201 of the town code says the term sign

13     shall also mean and include any display of one or more of

14     the following, and in A is listed outline or delineation.

15     So it's clearly prohibited under the Southampton town

16     code.

17          I hope I have answered your question, your

18     Honor.  I apologize if I haven't.

19          THE COURT:  We are now going to set down a date

20     for a preliminary hearing.

21          I'm going to direct that you separate the three

22     actions against the three individual defendants so we know

23     who's suing them and for what reason are you suing them

24     and how they violated your constitutional rights or any

25     rights.

1           When do you want the hearing?

2           MR. SUGARMAN:  As soon as you return from your

3    trip.

4           THE COURT:  In the meantime, separate the three

5    and delineate what you want from each of the defendants

6    and why you think you are right as to that individual

7    defendant so they can get prepared for it.

8           MR. SUGARMAN:  We can do that in a week.

9           THE COURT:  When?

10          MR. SUGARMAN:  In a week, your Honor.

11          THE COURT:  Fine.

12          When do you want the hearing?

13          MR. SUGARMAN:  It really depends on your Honor's

14    schedule.

15          THE COURT:  I'm coming back on the 9th of June.

16          MR. SUGARMAN:  As soon as you are able to

17    schedule it, we'll be here.

18          THE COURT:  How about the defendants?

19          MS. DEJONG:  Your Honor, I'm going to be out of

20    the country for three weeks beginning June 12th.

21          THE COURT:  Someone else in the firm will take

22    over.

23          We'll do it on the 14th.  Anybody else have

24    anything else?  So on the 14th --

25          MR. SOKOLOFF:  What time, your Honor?

29

1          THE COURT:  9:30.

2          Who do you want to call first so we have an idea

3    what's going on?

4          MS. DEJONG:  Your Honor, if I may.

5          I will be in town for the 14th and the 15th.  If

6    there is any way that Quogue could be done first I would

7    really appreciate it.

8          THE COURT:  Okay.

9          I'll take you first.

10          MR. SUGARMAN:  Your Honor, I'm not sure I

11    understand.

12          Which witnesses are we planning on calling?

13          THE COURT:  Yes.

14          MR. SUGARMAN:  We --

15          THE COURT:  Maybe none.

16          MR. SUGARMAN:  Quite possibly none.

17          Maybe one to just describe where the Eruvs will

18    be and why it's necessary for the Eruvs to be in each of

19    these three municipalities.

20          THE COURT:  It puts us in a bad position if we

21    have to decide against all three at the same time, or

22    maybe it puts you in a bad position.

23          They may have different defenses and how much of

24    an area in feet and yards, I have no idea, it's going to

25    cover or miles.  I don't know how many poles are involved.

1    I don't know a lot of things, and you have put

2  me in the box where all three it's a yes or a no, and I

3  can't distinguish between each one of the towns, whether

4  they did make an application, did they make statements,

5  did they do things?

6    Now you are telling me you are not even going to

7  call witnesses.

8    MR. SUGARMAN:  I said the chances are we will

9  call a witness to describe where the Eruv is.

10    THE COURT:  Well, they are entitled to know who

11  you are calling and when.

12    MR. SUGARMAN:  I understand that and I can give

13  them that information within five days.

14    THE COURT:  You need five days to tell them who

15  your witnesses are going to be?

16    MR. SUGARMAN:  We have to -- frankly, we have to

17  figure out exactly how we are going to implement your

18  Honor's admonition.

19    THE COURT:  Okay.

20    MR. SUGARMAN:  And if today is -- by Monday,

21  your Honor.

22    THE COURT:  Fine.

23    MR. SUGARMAN:  And then they will tell us by.

24    THE COURT:  Four days to tell you who they are

25  going to call.

31

1    MR. SUGARMAN:  Four days.

2    Thank you.

3    MR. SOKOLOFF:  Can I ask, in addition to them

4    just giving us the names of the witnesses, what the

5    substance of the testimony that they expect so I know how

6    to prepare myself?

7    And then I can have counter witnesses if I need

8    them?

9    THE COURT:  What do you say to that?

10   MR. SUGARMAN:  Your Honor, I can certainly

11   generally describe the content of the witness's testimony.

12   THE COURT:  Okay.

13   MR. SOKOLOFF:  Thank you.

14   THE COURT:  And you do the same with your

15   witnesses.

16   MR. SOKOLOFF:  Yes.

17   THE COURT:  I'll ask, what happens if we go over

18   the two days?

19   MS. DEJONG:  Your Honor, I'll have somebody else

20   there.

21   If we could deal with Quogue first.

22   THE COURT:  I will take Quogue first and your

23   first witness will be Quogue.  So I'll try and accommodate

24   you as much as possible.

25   MS. DEJONG:  I appreciate it, Judge.

1           THE COURT:  Okay.

2           MR. SUGARMAN:  Thank you, your Honor.

3           THE COURT:  We'll see you all on the 14th and

4      15th.

5           I'm going to reserve those dates for you people.

6      Thank you.

7           MS. DEJONG:  Thank you, sir.

8           MR. SUGARMAN:  Thank you, your Honor.

9           (The matter concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**1** [1] - 11:19
**100** [1] - 2:21
**10153** [1] - 1:15
**11** [1] - 1:8
**11722** [1] - 2:21
**1180** [1] - 2:21
**12th** [1] - 28:20
**14th** [4] - 28:23, 28:24, 29:5, 32:3
**158** [1] - 21:18
**15th** [2] - 29:5, 32:4
**18** [2] - 1:7, 6:12
**1983** [1] - 7:20

## 2

**2** [1] - 11:21
**20** [1] - 4:15
**2004** [2] - 24:23, 25:2
**2008** [2] - 7:8, 7:11
**2009** [1] - 6:12
**2011** [2] - 1:7, 25:2
**202** [2] - 24:10

## 3

**330** [1] - 15:15
**330-201** [2] - 13:9, 27:12
**330-202** [1] - 24:20

## 4

**4-412** [1] - 23:16

## 6

**6-602** [1] - 23:16
**631** [2] - 2:21, 2:21

## 7

**712-6106** [1] - 2:21
**712-6122** [1] - 2:21
**767** [1] - 1:14
**78** [1] - 23:21

## 9

**9:30** [1] - 29:1
**9th** [1] - 28:15

## A

**a.m** [1] - 1:8
**able** [1] - 28:16
**absent** [1] - 4:12
**absolutely** [4] - 13:6, 13:19, 14:4, 14:10
**accept** [1] - 20:20
**accommodate** [1] - 31:23
**accordance** [1] - 11:3

**according** [1] - 23:25
**acted** [1] - 4:25
**action** [5] - 4:15, 4:23, 5:19, 7:1, 17:22
**actions** [1] - 27:22
**active** [1] - 13:22
**addition** [1] - 31:3
**admonition** [1] - 30:18
**adopted** [1] - 24:23
**advised** [1] - 23:12
**advisory** [3] - 14:19, 17:24, 18:14
**affidavit** [1] - 6:8
**agreement** [2] - 6:17, 6:25
**agreements** [2] - 4:6, 4:18
**ahead** [4] - 5:21, 15:7, 16:6, 22:22
**al** [1] - 1:7
**allegations** [2] - 20:17, 21:2
**ALSO** [1] - 2:7
**answer** [11] - 8:22, 11:12, 16:14, 16:15, 16:16, 16:18, 22:21, 24:23, 25:13, 25:16
**answered** [1] - 4:22, 27:17
**answering** [2] - 15:21, 20:23
**apologize** [3] - 16:4, 16:7, 27:18
**appearances** [1] - 3:3
**APPEARANCES** [2] - 1:12, 2:1
**applicability** [1] - 21:25
**application** [21] - 6:3, 7:8, 7:10, 11:25, 18:23, 19:4, 19:7, 19:11, 21:4, 21:6, 21:16, 22:18, 23:6, 24:5, 24:15, 25:22, 26:11, 26:13, 26:21, 26:23, 30:4
**applications** [3] - 5:6, 19:17, 24:7
**applies** [3] - 19:6, 21:18, 24:10
**apply** [12] - 3:24, 3:25, 5:16, 12:15, 17:6, 22:1, 22:25, 23:13, 23:14, 23:19, 23:24, 26:10
**appreciate** [2] - 29:7, 31:25
**approval** [2] - 7:6, 7:9
**approves** [1] - 7:2
**area** [7] - 8:11, 9:8, 9:9, 10:4, 10:6, 10:9, 29:24
**argue** [1] - 21:17
**argument** [1] - 22:15
**arguments** [2] - 14:12, 16:10
**Article** [1] - 23:21
**Associate** [1] - 2:10
**ASSOCIATION** [1] - 1:3
**Association** [3] - 3:1, 4:18, 8:16
**assuming** [1] - 11:2

**attach** [1] - 6:8
**attaches** [1] - 6:10
**attachments** [2] - 6:17, 7:3
**attorney** [3] - 14:22, 24:7, 26:6
**attributed** [1] - 9:13
**Authority** [1] - 6:19
**Avenue** [1] - 1:14
**aware** [1] - 9:4

## B

**bad** [2] - 29:20, 29:22
**Balcerski** [3] - 6:8, 6:12, 6:13
**BALCERSKI** [1] - 6:9
**bands** [1] - 15:17
**Barrett** [1] - 1:17
**based** [1] - 23:1
**basic** [1] - 24:11
**Beach** [14] - 1:22, 3:2, 3:12, 5:23, 5:24, 6:10, 6:14, 10:22, 17:11, 19:10, 19:13, 20:9, 24:1
**BEFORE** [1] - 1:10
**beginning** [2] - 17:14, 28:20
**behalf** [3] - 3:4, 3:6, 3:9
**believes** [2] - 25:20, 25:24
**Benjamin** [1] - 1:19
**between** [2] - 9:20, 30:3
**blocks** [2] - 10:10, 10:15
**board** [4] - 6:13, 6:24, 21:5, 23:9
**board's** [2] - 6:15, 6:22
**body** [1] - 6:15
**box** [1] - 30:2
**Brian** [2] - 3:11, 5:22
**BRIAN** [1] - 1:20
**brought** [3] - 4:23, 5:18, 18:5
**BUCHWEITZ** [1] - 1:13
**bunch** [1] - 11:10

## C

**Cardozo** [1] - 1:19
**carry** [1] - 10:15
**case** [7] - 3:22, 6:1, 6:3, 13:13, 14:1, 16:22, 22:6
**CAT** [1] - 2:25
**Central** [2] - 1:6, 2:21
**certain** [2] - 5:19, 24:8
**certainly** [2] - 19:20, 31:10
**chances** [1] - 30:8
**Circuit** [1] - 13:16
**citizenry** [1] - 11:7
**claim** [2] - 4:11, 7:20
**claims** [1] - 22:8
**clear** [1] - 3:25
**clearly** [1] - 27:15
**CLERK** [1] - 3:1
**close** [3] - 6:20, 7:3, 7:10

**code** [4] - 12:22, 26:9, 27:12, 27:16
**cold** [1] - 6:6
**colleague** [1] - 3:16
**colored** [1] - 15:17
**coming** [4] - 12:20, 16:10, 17:13, 28:15
**commercial** [2] - 15:19, 17:9
**complaint** [3] - 10:25, 20:17, 20:19
**conceding** [3] - 9:21, 9:23, 9:25
**concerning** [1] - 19:17
**concluded** [1] - 32:9
**conferred** [1] - 24:6
**consolidated** [1] - 18:10
**constitutional** [5] - 4:3, 4:9, 20:5, 23:2, 27:24
**construction** [1] - 5:1
**CONT'D** [1] - 2:1
**content** [1] - 31:11
**context** [1] - 19:18
**continue** [1] - 14:11
**contracts** [3] - 17:25, 18:1, 18:2
**control** [1] - 23:10
**conversation** [1] - 10:21
**corporation** [1] - 11:4
**correct** [3] - 18:24, 19:3, 23:23
**Counsel** [1] - 2:10
**counsel** [4] - 18:22, 20:21, 24:9, 24:11
**counselor** [3] - 7:13, 16:8, 18:21
**count** [1] - 10:11
**counter** [1] - 31:7
**country** [1] - 28:20
**COURT** [106] - 1:1, 1:10, 3:18, 4:13, 4:22, 5:4, 5:14, 5:17, 5:24, 7:13, 7:17, 7:21, 7:25, 8:3, 8:13, 8:17, 8:19, 8:21, 8:25, 9:16, 9:21, 10:5, 10:10, 10:17, 11:12, 11:24, 12:10, 12:16, 12:18, 12:24, 13:8, 13:15, 14:2, 14:7, 14:9, 14:11, 14:15, 15:4, 15:7, 15:11, 15:13, 15:20, 15:23, 16:2, 16:5, 16:8, 16:12, 16:20, 17:10, 18:4, 18:7, 18:21, 19:1, 19:12, 19:14, 19:16, 19:21, 20:1, 20:13, 20:18, 21:4, 21:10, 21:13, 22:2, 22:4, 22:21, 23:5, 24:4, 24:13, 24:18, 24:25, 25:7, 25:10, 25:12, 25:14, 25:21, 25:25, 26:3, 26:12, 26:20, 26:25, 27:8, 27:19, 28:4, 28:9, 28:11, 28:15, 28:18,

28:21, 29:1, 29:8, 29:13, 29:15, 29:20, 30:10, 30:14, 30:19, 30:22, 30:24, 31:9, 31:12, 31:14, 31:17, 31:22, 32:1, 32:3
**Court** [1] - 2:20
**court** [7] - 3:20, 10:23, 13:13, 13:15, 13:23, 23:22, 23:23
**Courthouse** [1] - 1:5
**cover** [1] - 29:25
**covered** [3] - 4:17, 14:21, 15:14
**create** [1] - 6:20
**created** [1] - 11:9
**CV-11-213** [1] - 1:4

## D

**date** [1] - 27:19
**dated** [1] - 6:12
**dates** [1] - 32:5
**days** [5] - 30:13, 30:14, 30:24, 31:1, 31:18
**deal** [5] - 5:13, 6:1, 23:2, 23:3, 31:21
**dealt** [2] - 5:10, 5:15
**dear** [1] - 6:12
**Dear** [1] - 6:13
**Debevoise** [1] - 2:8
**decide** [1] - 29:21
**decided** [2] - 13:21, 14:3
**decision** [2] - 12:14, 16:13
**declaration** [3] - 17:17, 18:12, 20:24
**defendant** [2] - 5:4, 28:7
**defendants** [16] - 3:7, 3:10, 3:12, 3:14, 3:16, 4:14, 4:23, 4:25, 5:14, 5:18, 8:6, 22:7, 22:20, 27:22, 28:5, 28:18
**Defendants** [3] - 1:8, 1:17, 2:2
**defenses** [1] - 29:23
**defines** [1] - 13:9
**definition** [1] - 12:22
**DeJong** [1] - 3:6
**DEJONG** [23] - 1:17, 3:6, 7:23, 8:1, 8:4, 9:3, 9:19, 9:23, 10:8, 10:12, 10:18, 11:18, 12:1, 12:12, 12:17, 12:21, 22:23, 23:8, 28:19, 29:4, 31:19, 31:25, 32:7
**delineate** [1] - 28:5
**delineation** [4] - 13:10, 13:14, 24:21, 27:14
**delineations** [1] - 15:18
**demarcation** [1] - 13:14, 24:20
**denial** [1] - 20:23
**denied** [1] - 19:11

**deny** [1] - 19:16
**denying** [1] - 20:19
**department** [1] - 6:9
**describe** [3] - 29:17, 30:9, 31:11
**determination** [1] - 23:22
**device** [1] - 12:8
**Devitt** [1] - 1:17
**differences** [1] - 9:20
**different** [23] - 5:5, 5:6, 8:7, 11:1, 11:5, 11:19, 13:5, 13:10, 13:17, 13:18, 13:19, 13:25, 14:14, 16:10, 17:2, 17:4, 17:5, 21:13, 22:8, 22:9, 29:23
**direct** [1] - 27:21
**disagree** [1] - 23:21
**disapprove** [1] - 18:18
**discovery** [1] - 11:2
**discussing** [2] - 6:16, 9:9
**discussion** [1] - 6:23
**display** [1] - 27:13
**displayed** [1] - 15:18
**distance** [1] - 10:6
**distinguish** [2] - 11:15, 30:3
**DISTRICT** [3] - 1:1, 1:1, 1:10
**divide** [1] - 22:6
**done** [7] - 6:4, 7:16, 23:15, 23:17, 23:18, 25:2, 29:6
**door** [1] - 5:20
**DORFMAN** [2] - 1:21, 3:13
**Dorfman** [1] - 3:13
**down** [5] - 3:22, 22:2, 22:4, 27:2, 27:19

## E

**e-mail** [1] - 14:20
**easements** [1] - 11:9
**easiest** [1] - 6:1
**EAST** [1] - 1:3
**East** [4] - 3:1, 3:16, 4:18, 8:15
**EASTERN** [1] - 1:1
**encroach** [2] - 21:20, 21:22
**encroachment** [4] - 12:2, 12:3, 12:22, 17:7
**encroachments** [1] - 8:10
**End** [3] - 3:1, 4:18, 8:16
**END** [1] - 1:3
**enforcement** [1] - 13:23
**enjoin** [1] - 18:16
**entitled** [2] - 24:1, 30:10
**erect** [1] - 11:6
**ERICA** [1] - 2:7
**ERUV** [1] - 1:3
**Eruv** [24] - 3:1, 4:17, 4:18, 4:20, 5:1, 5:2, 6:20, 7:9, 8:11, 8:16, 9:7, 9:11, 10:3, 10:6, 10:9, 10:16, 10:21,

10:24, 11:23, 13:13, 16:23, 17:19, 20:12, 30:9
**Eruvs** [2] - 29:17, 29:18
**ESQ** [11] - 1:13, 1:13, 1:17, 1:18, 1:20, 1:21, 2:2, 2:3, 2:7, 2:7, 2:9
**establish** [1] - 11:22
**established** [1] - 17:20
**establishment** [3] - 4:9, 4:10, 9:10
**et** [1] - 1:7
**event** [1] - 10:18
**exactly** [2] - 13:12, 30:17
**exclusive** [1] - 23:10
**excuse** [1] - 22:3
**execute** [1] - 6:25
**exhaustive** [3] - 24:23, 25:5, 25:7
**expect** [1] - 31:5
**expeditious** [1] - 5:3

## F

**fact** [4] - 10:1, 11:6, 14:2, 23:4
**facts** [2] - 13:21, 13:22
**factual** [3] - 21:21, 21:23, 21:24
**fair** [1] - 8:5
**familiar** [1] - 10:13
**Fax** [1] - 2:21
**FCRR** [1] - 2:20
**federal** [1] - 10:23
**Federal** [1] - 2:21
**feet** [2] - 6:6, 29:24
**Fifth** [1] - 1:14
**figure** [2] - 22:10, 30:17
**file** [2] - 23:6, 24:14
**filed** [1] - 10:25
**fine** [2] - 28:11, 30:22
**fines** [1] - 17:21
**firm** [1] - 28:21
**first** [14] - 5:8, 5:9, 5:21, 9:1, 9:4, 13:6, 13:17, 17:15, 29:2, 29:6, 29:9, 31:21, 31:22, 31:23
**fits** [1] - 12:21
**five** [2] - 30:13, 30:14
**flows** [2] - 3:23, 4:2
**following** [1] - 27:14
**formal** [2] - 19:4, 19:7
**former** [1] - 14:22
**forth** [1] - 11:14
**forward** [2] - 18:1, 18:2
**four** [2] - 30:24, 31:1
**franchises** [2] - 11:1, 11:5
**frankly** [1] - 30:16
**futile** [1] - 21:8

## G

**General** [1] - 2:10
**generally** [1] - 31:11
**given** [1] - 11:5
**glad** [1] - 15:24
**God** [1] - 5:19
**Gotshal** [1] - 1:14
**governing** [1] - 6:15
**Guido** [1] - 3:17
**GUIDO** [1] - 2:3

## H

**half** [1] - 15:16
**Hamilton** [1] - 3:9
**HAMILTON** [2] - 1:18, 3:9
**Hampton** [2] - 3:16, 6:16
**hand** [1] - 18:20
**handing** [1] - 27:2
**handled** [1] - 24:11
**heads** [1] - 18:22
**hear** [3] - 3:18, 5:14, 26:3
**hearing** [8] - 14:3, 20:13, 20:16, 22:2, 22:4, 27:20, 28:1, 28:12
**help** [3] - 15:25, 26:7, 27:3
**himself** [1] - 10:19
**hinges** [1] - 17:14
**Honor** [58] - 3:8, 3:14, 3:19, 4:2, 4:16, 5:10, 5:22, 6:21, 7:23, 8:2, 8:4, 9:3, 9:23, 11:1, 11:18, 12:1, 12:4, 12:12, 12:21, 13:2, 13:16, 14:4, 14:13, 14:16, 15:8, 16:1, 17:3, 17:5, 17:14, 18:6, 18:11, 20:8, 20:15, 21:12, 22:3, 22:13, 22:16, 22:23, 23:8, 23:17, 23:20, 25:18, 25:19, 25:23, 26:8, 26:18, 27:7, 27:18, 28:10, 28:19, 28:25, 29:4, 29:10, 30:21, 31:10, 31:19, 32:2, 32:8
**Honor's** [4] - 21:19, 25:6, 28:13, 30:18
**HONORABLE** [1] - 1:10
**hope** [1] - 27:17

## I

**idea** [2] - 29:2, 29:24
**identified** [1] - 22:20
**implement** [1] - 30:17
**importantly** [1] - 8:12
**impose** [1] - 17:21
**inch** [1] - 21:22
**include** [1] - 27:13
**included** [1] - 18:4
**includes** [2] - 13:10, 14:24
**individual** [2] - 27:22, 28:6

**information** [2] - 7:7, 30:13
**injunction** [2] - 6:4, 18:15
**installation** [2] - 17:20, 17:23
**instance** [2] - 8:7, 17:15
**interaction** [1] - 11:21
**interferes** [1] - 12:11
**interpretation** [2] - 20:20, 27:11
**involved** [1] - 29:25
**Island** [1] - 6:18
**Islip** [2] - 1:6, 2:21
**issue** [10] - 3:23, 4:9, 5:15, 7:14, 7:23, 12:25, 14:2, 15:20, 15:21, 21:21
**issues** [7] - 4:3, 4:11, 11:10, 21:24, 23:3

**J**

**Jaspan** [2] - 2:3, 13:3
**Jeltje** [1] - 3:6
**JELTJE** [1] - 1:17
**Jewish** [1] - 6:20
**joined** [1] - 7:15
**joining** [1] - 4:14
**Judaic** [1] - 10:13
**JUDGE** [1] - 1:10
**judge** [2] - 9:19, 10:8
**Judge** [4] - 10:12, 12:17, 15:3, 31:25
**June** [2] - 28:15, 28:20

**K**

**knowledge** [1] - 10:24
**known** [2] - 10:19, 12:16

**L**

**last** [2] - 15:9, 15:12
**LAW** [1] - 3:1
**law** [14] - 4:11, 6:20, 10:13, 11:4, 23:1, 23:3, 23:8, 23:9, 23:16, 23:25, 24:12, 26:9
**Law** [1] - 1:19
**laws** [10] - 3:24, 4:9, 5:16, 17:2, 17:4, 17:21, 19:6, 21:16, 21:25, 22:17
**lawsuit** [2] - 18:4, 18:5
**lawsuits** [1] - 18:9
**lawyer** [1] - 15:12
**LDW** [1] - 1:4
**lechi** [1] - 15:14
**lechis** [3] - 13:6, 17:16, 17:23
**Lechis** [2] - 17:12, 17:20
**legal** [2] - 6:9, 17:22
**LEO** [1] - 1:21
**Leo** [1] - 3:13
**LEONARD** [1] - 1:10

**letter** [3] - 6:10, 14:19, 14:22
**LICCIONE** [25] - 2:2, 3:15, 13:2, 13:9, 13:16, 14:4, 14:8, 14:10, 14:13, 14:16, 24:6, 24:16, 24:20, 25:4, 25:9, 25:11, 25:13, 25:19, 25:23, 26:2, 26:8, 26:17, 26:22, 27:5, 27:10
**Liccione** [3] - 3:15, 13:3, 17:1
**Liccione's** [1] - 15:9
**limits** [2] - 6:19, 7:9
**LIPA** [9] - 2:10, 4:6, 4:12, 4:19, 6:6, 11:10, 17:17, 17:23, 17:25
**listed** [2] - 9:25, 27:14
**live** [6] - 9:7, 10:2, 10:5, 10:6, 10:8, 10:10
**lives** [7] - 8:14, 8:18, 9:2, 9:5, 9:22, 10:1, 10:4
**LLP** [1] - 1:17
**local** [4] - 17:15, 17:21, 22:17, 26:9
**located** [1] - 6:19
**Lombardi** [1] - 2:20
**look** [2] - 13:12, 21:25
**lumped** [4] - 8:5, 11:16, 11:19, 13:1

**M**

**mail** [1] - 14:20
**mandatory** [1] - 18:15
**Manges** [1] - 1:14
**March** [1] - 7:8
**Marci** [1] - 3:9
**MARCI** [1] - 1:18
**markedly** [1] - 13:5
**matter** [2] - 23:18, 32:9
**MAUREEN** [1] - 2:2
**Maureen** [2] - 3:15, 13:3
**mayor** [3] - 10:21, 19:13, 19:21
**mean** [3] - 10:10, 21:1, 27:13
**meantime** [1] - 28:4
**mechanical** [1] - 2:24
**meeting** [4] - 19:25, 20:6, 20:7, 20:10
**members** [1] - 8:15
**MICHAEL** [2] - 2:7, 2:9
**might** [1] - 11:8
**miles** [1] - 29:25
**minute** [2] - 9:16, 24:25
**misinterpreted** [1] - 26:10
**misunderstood** [2] - 27:6, 27:8
**Monday** [1] - 30:20
**morning** [3] - 3:8, 3:19, 13:2
**most** [2] - 5:11, 8:12
**motion** [3] - 16:25, 17:14,

18:12
**MR** [66] - 3:4, 3:11, 3:13, 3:19, 4:16, 4:24, 5:10, 5:16, 5:22, 6:1, 7:16, 7:18, 8:15, 8:18, 8:20, 8:22, 15:8, 15:12, 15:14, 15:22, 16:1, 16:3, 16:7, 16:9, 16:18, 16:21, 17:11, 18:5, 18:8, 18:24, 19:3, 19:13, 19:15, 19:18, 19:24, 20:3, 20:8, 20:15, 20:21, 21:6, 21:12, 21:14, 22:3, 22:13, 25:18, 28:2, 28:8, 28:10, 28:13, 28:16, 28:25, 29:10, 29:14, 29:16, 30:8, 30:12, 30:16, 30:20, 30:23, 31:1, 31:3, 31:10, 31:13, 31:16, 32:2, 32:8
**MS** [47] - 3:6, 3:9, 3:15, 7:23, 8:1, 8:4, 9:3, 9:19, 9:23, 10:8, 10:12, 10:18, 11:18, 12:1, 12:12, 12:17, 12:21, 13:2, 13:9, 13:16, 14:4, 14:8, 14:10, 14:13, 14:16, 22:23, 23:8, 24:6, 24:16, 24:20, 25:4, 25:9, 25:11, 25:13, 25:19, 25:23, 26:2, 26:8, 26:17, 26:22, 27:5, 27:10, 28:19, 29:4, 31:19, 31:25, 32:7
**municipal** [2] - 24:12, 27:11
**municipalities** [15] - 3:24, 4:4, 4:7, 4:21, 9:20, 16:22, 16:24, 17:18, 18:3, 18:16, 19:9, 20:25, 21:15, 22:15, 29:19

**N**

**name** [5] - 3:20, 8:20, 9:1, 9:6, 9:25
**names** [1] - 31:4
**necessary** [2] - 20:16, 29:18
**need** [6] - 11:2, 19:7, 20:13, 23:19, 30:14, 31:7
**needs** [1] - 7:5
**never** [3] - 10:19, 20:12, 21:17
**NEW** [1] - 1:1
**new** [1] - 24:22
**New** [7] - 1:6, 1:15, 2:8, 2:21, 17:22, 23:8
**next** [4] - 6:23, 7:6, 7:22, 23:8
**nobody** [2] - 9:2, 15:25
**nobody's** [2] - 12:15, 16:16
**none** [5] - 17:5, 19:6, 22:14, 29:15, 29:16
**nothing** [1] - 14:18
**notice** [1] - 22:9

**O**

**obstructing** [1] - 4:5
**obstructs** [1] - 12:19
**OF** [2] - 1:1, 1:9
**Official** [1] - 2:20
**official** [2] - 9:13, 20:24
**officials** [4] - 9:10, 18:3, 18:17, 19:8
**one** [26] - 4:15, 4:17, 4:20, 4:23, 5:1, 5:19, 6:7, 8:10, 8:11, 8:15, 9:4, 9:17, 9:21, 15:4, 16:23, 17:1, 18:19, 18:22, 19:4, 19:6, 20:11, 20:12, 27:13, 29:17, 30:3
**open** [1] - 5:20
**opinion** [3] - 14:19, 17:24, 18:14
**opportunity** [5] - 8:23, 12:14, 16:25, 17:3, 17:4
**oppose** [1] - 18:17
**order** [2] - 6:19, 23:12
**ordinance** [8] - 11:24, 12:1, 13:7, 14:21, 17:11, 24:22, 25:22, 26:5
**ordinances** [2] - 11:20, 17:15
**ordinarily** [1] - 23:20
**outline** [4] - 13:10, 13:14, 24:21, 27:14
**outlines** [1] - 15:18
**outside** [2] - 9:8, 10:4
**owned** [1] - 6:18

**P**

**papers** [10] - 5:11, 5:12, 9:4, 13:20, 15:1, 19:23, 20:24, 21:3, 21:17, 22:14
**paperwork** [2] - 9:13, 10:1
**part** [2] - 9:8, 10:3
**particular** [1] - 26:14
**patterns** [1] - 15:18
**Paul** [1] - 2:20
**pause** [1] - 15:5
**people** [1] - 32:5
**performing** [1] - 4:5
**perhaps** [1] - 26:19
**permission** [2] - 22:25, 23:24
**permit** [3] - 7:1, 17:19, 17:23
**person** [7] - 9:1, 9:5, 9:7, 9:22, 10:1, 10:2, 10:18
**Ph** [1] - 2:21
**piece** [3] - 21:18, 21:19, 21:21
**PINCUS** [1] - 2:9
**placements** [1] - 7:2
**Plaintiff** [2] - 1:5, 1:13
**plaintiff** [4] - 3:18, 8:14,

25:10, 25:16
**plaintiff's** [1] - 9:3
**plaintiffs** [12] - 3:5, 3:21, 4:5, 4:18, 6:5, 7:24, 8:4, 9:12, 11:22, 14:18, 22:6, 22:25
**planning** [2] - 14:23, 29:12
**Plaza** [1] - 2:21
**Plimpton** [1] - 2:8
**point** [6] - 9:17, 12:13, 16:11, 17:12, 17:13, 25:4
**pointed** [1] - 21:15
**points** [1] - 17:1
**pole** [1] - 7:2
**poles** [9] - 6:18, 11:6, 11:8, 11:13, 13:24, 17:16, 23:7, 23:13, 29:25
**policy** [1] - 13:23
**portion** [2] - 10:2, 12:7
**position** [7] - 6:3, 6:24, 22:24, 23:1, 24:17, 29:20, 29:22
**possible** [1] - 31:24
**possibly** [1] - 29:16
**power** [1] - 4:12
**Power** [1] - 6:19
**practice** [1] - 27:11
**precept** [1] - 24:12
**preliminary** [2] - 6:4, 27:20
**prepare** [1] - 31:6
**prepared** [2] - 18:1, 28:7
**PRESENT** [1] - 2:7
**prevent** [1] - 4:25
**price** [1] - 25:1
**private** [3] - 12:6, 20:10, 23:14
**privately** [3] - 11:9, 20:2, 20:4
**problems** [1] - 11:13
**procedure** [1] - 26:23
**PROCEEDINGS** [1] - 1:9
**proceedings** [1] - 15:6
**Proceedings** [1] - 2:24
**produced** [1] - 2:25
**prohibit** [1] - 17:16
**prohibited** [6] - 24:16, 24:18, 24:21, 26:17, 26:22, 27:15
**prohibits** [2] - 12:2, 12:6
**project** [1] - 21:20
**projection** [1] - 17:8
**property** [1] - 23:10
**proposed** [2] - 6:25, 8:11
**provide** [1] - 11:6
**provided** [1] - 9:5
**provides** [1] - 26:9
**provision** [7] - 8:8, 8:9, 15:17, 22:16, 22:17, 22:19
**provisions** [1] - 22:1
**public** [15] - 11:6, 12:2, 12:7, 12:11, 12:20, 18:2, 18:17,

19:8, 19:10, 19:20, 19:25, 20:6, 20:7, 20:24, 24:2
**publicly** [4] - 17:19, 18:17, 20:9, 20:11
**purpose** [1] - 15:19
**purposes** [1] - 17:9
**push** [1] - 10:14
**put** [10] - 9:12, 13:20, 14:23, 18:11, 20:16, 20:18, 21:2, 22:14, 23:6, 30:1
**puts** [1] - 29:20, 29:22
**putting** [1] - 17:16

## Q

**questions** [1] - 11:13
**quite** [1] - 29:16
**Quogue** [30] - 1:19, 3:7, 3:10, 8:2, 8:8, 8:10, 8:12, 8:14, 8:18, 9:2, 9:5, 9:8, 9:10, 9:14, 9:22, 10:1, 10:2, 10:19, 10:20, 10:23, 11:11, 12:23, 23:11, 24:1, 29:6, 31:21, 31:22, 31:23
**Quogue's** [2] - 8:8, 21:17
**quote** [6] - 6:20, 7:3, 7:10, 15:17
**quotes** [1] - 15:16

## R

**read** [5] - 25:21, 26:1, 26:5, 26:14, 26:20
**ready** [3] - 14:6, 14:7, 14:9
**really** [6] - 3:22, 16:7, 20:22, 21:18, 28:13, 29:7
**reason** [11] - 4:16, 13:17, 13:18, 13:19, 13:25, 14:14, 16:18, 16:21, 19:8, 20:16, 27:23
**reasonable** [1] - 24:2
**reasons** [3] - 13:4, 19:5, 21:9
**rebut** [1] - 16:16
**received** [1] - 7:12
**recently** [1] - 5:11
**recorded** [1] - 2:24
**referred** [1] - 26:14
**refrain** [1] - 4:5
**regard** [6] - 8:9, 9:10, 10:24, 11:3, 11:10, 24:2
**regulations** [2] - 5:6, 24:2
**religions** [1] - 5:20
**remarks** [1] - 16:14
**reply** [6] - 5:11, 9:3, 9:25, 15:1, 17:18, 21:2
**Reporter** [1] - 2:20
**represent** [1] - 3:21
**representatives** [1] - 17:18
**representing** [3] - 7:25, 8:1, 19:22
**represents** [1] - 19:14

**request** [2] - 18:15, 18:16
**requested** [1] - 14:18
**require** [3] - 24:5, 24:6, 24:7
**required** [3] - 21:5, 21:7, 22:25
**requirement** [3] - 23:5, 24:14, 27:4, 27:9
**requirements** [1] - 22:9
**requires** [1] - 22:17
**requiring** [3] - 11:24, 21:15, 23:24
**reserve** [1] - 32:5
**resides** [2] - 8:10, 8:11
**respect** [6] - 4:10, 4:11, 7:1, 13:24, 14:17, 21:24
**responding** [1] - 16:9
**result** [1] - 6:17
**return** [1] - 28:2
**rights** [3] - 11:10, 27:24, 27:25
**ripe** [2] - 7:19, 23:19
**RMR** [1] - 2:20
**Robert** [3] - 3:4, 3:17, 3:20
**ROBERT** [2] - 1:13, 2:3
**Rule** [1] - 4:15
**rules** [4] - 5:5, 21:10, 21:11, 21:13

## S

**schedule** [2] - 28:14, 28:17
**Schlesinger** [2] - 2:3, 13:3
**School** [1] - 1:19
**second** [2] - 15:4, 19:8
**Second** [1] - 13:18
**section** [1] - 26:14
**Section** [3] - 15:15, 21:18, 24:10
**see** [2] - 5:15, 32:3
**seeking** [1] - 7:8
**sentence** [2] - 6:23, 7:6
**separate** [8] - 4:14, 4:23, 4:24, 5:18, 18:5, 22:11, 27:21, 28:4
**service** [1] - 11:6
**set** [1] - 27:19
**setting** [2] - 22:2, 22:4
**seven** [1] - 25:2
**shall** [1] - 27:13
**sign** [16] - 3:24, 5:16, 8:8, 13:7, 13:9, 14:21, 17:2, 17:3, 17:9, 19:6, 21:16, 21:25, 24:21, 24:22, 27:5, 27:12
**significant** [1] - 16:25
**signs** [6] - 13:6, 13:24, 24:8, 24:9, 26:17, 26:22
**silence** [1] - 21:3
**silent** [1] - 21:1
**similar** [1] - 4:25

**simple** [1] - 3:22
**simply** [1] - 18:16
**single** [1] - 20:11
**situation** [1] - 18:19
**SOKOLOFF** [14] - 1:20, 3:11, 5:22, 6:1, 7:16, 7:18, 19:15, 19:18, 19:24, 20:3, 28:25, 31:3, 31:13, 31:16
**Sokoloff** [4] - 1:21, 3:11, 5:22, 19:10
**someone** [5] - 22:21, 25:20, 25:23, 26:2, 28:21
**soon** [2] - 28:2, 28:16
**sorry** [2] - 3:17, 16:3
**Southampton** [14] - 2:4, 3:2, 3:17, 8:9, 13:4, 13:7, 13:22, 14:18, 14:24, 15:1, 15:12, 24:4, 24:22, 27:15
**specific** [1] - 26:23
**specifically** [1] - 12:6
**Spellman** [1] - 1:17
**spot** [1] - 21:19
**standard** [1] - 27:11
**standing** [1] - 20:21
**start** [1] - 15:9
**state** [6] - 4:11, 11:4, 23:1, 23:3, 23:22, 23:23
**State** [1] - 23:9
**statement** [5] - 15:9, 15:11, 19:12, 25:15, 26:5
**statements** [5] - 9:9, 9:12, 9:14, 19:10, 30:4
**STATES** [2] - 1:1, 1:10
**States** [1] - 1:5
**statute** [1] - 24:19
**stenography** [1] - 2:24
**Stern** [1] - 1:21
**stick** [5] - 4:1, 12:10, 12:19, 15:10, 17:6
**still** [1] - 4:22
**stop** [3] - 6:21, 7:4, 8:13
**straightforward** [1] - 3:23
**streets** [1] - 23:10
**strident** [1] - 13:23
**stripes** [1] - 15:17
**structure** [1] - 12:7
**submit** [1] - 13:23
**submitted** [2] - 7:7, 17:17
**substance** [1] - 31:5
**sudden** [1] - 10:22
**sue** [1] - 6:5
**SUGARMAN** [53] - 1:13, 3:4, 3:19, 4:16, 4:24, 5:10, 5:16, 8:15, 8:18, 8:20, 8:22, 15:8, 15:12, 15:14, 15:22, 16:1, 16:3, 16:7, 16:9, 16:18, 16:21, 17:11, 18:5, 18:8, 18:24, 19:3, 19:13, 20:8, 20:15, 20:21, 21:6, 21:12, 21:14, 22:3,

22:13, 25:18, 28:2, 28:8, 28:10, 28:13, 28:16, 29:10, 29:14, 29:16, 30:8, 30:12, 30:16, 30:20, 30:23, 31:1, 31:10, 32:2, 32:8
**Sugarman** [2] - 3:4, 3:21
**suggest** [1] - 21:23
**suing** [3] - 22:7, 27:23
**Suite** [1] - 2:21
**supervisor** [2] - 14:20
**support** [1] - 18:12
**supposedly** [1] - 9:5
**surreply** [1] - 13:20
**synagogue** [3] - 6:17, 7:7, 7:11

## T

**tea** [1] - 25:1
**Teller** [1] - 19:13
**temple** [1] - 10:11
**Tenafly** [4] - 13:13, 13:19, 13:21
**term** [1] - 27:12
**testimony** [2] - 31:5, 31:11
**THE** [105] - 1:10, 3:18, 4:13, 4:22, 5:4, 5:14, 5:17, 5:24, 7:13, 7:17, 7:21, 7:25, 8:3, 8:13, 8:17, 8:19, 8:21, 8:25, 9:16, 9:21, 10:5, 10:10, 10:17, 11:12, 11:24, 12:10, 12:16, 12:18, 12:24, 13:8, 13:15, 14:2, 14:7, 14:9, 14:11, 14:15, 15:4, 15:7, 15:11, 15:13, 15:20, 15:23, 16:2, 16:5, 16:8, 16:12, 16:20, 17:10, 18:4, 18:7, 18:21, 19:1, 19:12, 19:14, 19:16, 19:21, 20:1, 20:13, 20:18, 21:4, 21:10, 21:13, 22:2, 22:4, 22:21, 23:5, 24:4, 24:13, 24:18, 24:25, 25:7, 25:10, 25:12, 25:14, 25:21, 25:25, 26:3, 26:12, 26:20, 26:25, 27:8, 27:19, 28:4, 28:9, 28:11, 28:15, 28:18, 28:21, 29:1, 29:8, 29:13, 29:15, 29:20, 30:10, 30:14, 30:19, 30:22, 30:24, 31:9, 31:12, 31:14, 31:17, 31:22, 32:1, 32:3
**theoretical** [1] - 18:14
**theory** [1] - 22:7
**therefore** [3] - 5:3, 19:7, 20:19
**thick** [1] - 21:22
**Third** [1] - 13:16
**third** [2] - 13:25, 14:14
**threatening** [1] - 17:21
**three** [19] - 4:14, 4:23, 4:24,

5:2, 5:18, 13:4, 16:21, 16:23, 16:24, 18:3, 20:25, 22:8, 27:21, 27:22, 28:4, 28:20, 29:19, 29:21, 30:2
**today** [4] - 18:7, 18:8, 18:11, 30:20
**together** [4] - 8:5, 11:16, 11:19, 13:1
**total** [1] - 21:3
**totally** [2] - 9:8, 21:1
**touches** [3] - 4:20, 5:2, 16:23
**Town** [5] - 2:4, 13:4, 13:22, 14:17, 24:4
**town** [9] - 14:1, 14:22, 24:7, 26:6, 26:9, 26:24, 27:12, 27:15, 29:5
**towns** [1] - 30:3
**TRANSCRIPT** [1] - 1:9
**Transcript** [1] - 2:25
**transportation** [1] - 11:4
**trip** [1] - 28:3
**trouble** [1] - 18:21
**truly** [1] - 8:5
**trustees** [5] - 6:10, 6:14, 7:8, 20:9, 23:9
**try** [1] - 31:23
**two** [7] - 10:10, 10:15, 11:16, 18:9, 19:4, 21:9, 31:18
**type** [1] - 27:5
**typical** [2] - 24:11, 24:13

## U

**unauthorized** [1] - 14:21
**under** [9] - 4:6, 4:15, 5:18, 6:20, 12:8, 12:22, 23:8, 23:15, 27:15
**unfortunately** [1] - 15:16
**UNITED** [2] - 1:1, 1:10
**United** [1] - 1:5
**unless** [1] - 7:2
**up** [3] - 5:20, 20:21, 22:6
**utilities** [5] - 11:5, 23:12, 23:18, 23:20, 23:21
**utility** [2] - 6:18, 7:1

## V

**Verizon** [14] - 2:8, 4:6, 4:12, 4:19, 6:6, 6:9, 6:16, 6:18, 7:5, 11:11, 17:17, 17:22, 17:25
**Verizon's** [1] - 6:24
**Village** [16] - 1:19, 1:22, 3:2, 3:7, 3:11, 6:14, 8:1, 9:14, 10:19, 10:20, 10:23, 11:11, 12:23, 23:11, 23:25, 24:1
**village** [16] - 6:19, 7:2, 7:4, 7:6, 7:8, 7:9, 7:12, 23:8, 23:9, 23:14, 23:15, 23:16, 23:23, 23:25

**village's** [1] - 6:15
**violate** [1] - 17:21
**violated** [1] - 27:24
**violation** [1] - 4:8
**violations** [1] - 22:9

## W

**wait** [4] - 9:16, 19:1, 24:25, 25:12
**waiving** [1] - 18:22
**walk** [1] - 10:11
**walking** [1] - 10:6
**wants** [3] - 5:21, 15:25, 22:21
**watch** [1] - 20:12
**ways** [2] - 4:25, 13:10
**week** [2] - 28:8, 28:10
**weeks** [1] - 28:20
**Weil** [1] - 1:14
**WEISGERBER** [1] - 2:7
**WESTHAMPTON** [1] - 1:7
**Westhampton** [13] - 1:22, 3:12, 5:23, 5:24, 6:10, 6:14, 10:22, 17:11, 19:9, 19:13, 20:9, 24:1
**WEXLER** [1] - 1:10
**whatsoever** [1] - 11:21
**whole** [2] - 11:9, 17:14
**WILES** [1] - 2:7
**William** [1] - 6:8
**withdrawn** [1] - 7:10
**witness** [2] - 30:9, 31:23
**witness's** [1] - 31:11
**witnesses** [9] - 13:21, 14:5, 22:5, 29:12, 30:7, 30:15, 31:4, 31:7, 31:15
**wood** [3] - 21:18, 21:20, 21:21
**wooden** [1] - 3:25
**word** [4] - 12:4, 12:5
**writing** [1] - 6:13
**written** [1] - 27:4

## Y

**yards** [1] - 29:24
**years** [1] - 25:3
**YEHUDAH** [1] - 1:13
**YORK** [1] - 1:1
**York** [7] - 1:6, 1:15, 2:8, 2:21, 17:22, 23:9
**yourself** [1] - 11:15

## Z

**ZBA** [2] - 26:11, 27:10
**zoning** [1] - 26:11