```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF NEW YORK
 2

 3       ------------------------------X
         EAST END ERUV
 4       ASSOCIATION, INC., et al.,
                                     :  CV-11-213
 5                                      (LDW)
                 Plaintiffs,
 6                                   :  United States Courthouse
             -against-                  Central Islip, New York
 7
         THE VILLAGE OF WESTHAMPTON
 8       BEACH, et al.,
                                     :  December 9, 2011
 9               Defendants.            10:15 a.m.
         ------------------------------X
10
                     TRANSCRIPT OF STATUS CONFERENCE
11                   BEFORE THE HONORABLE LEONARD D. WEXLER
                     UNITED STATES DISTRICT COURT JUDGE
12

13       APPEARANCES:

14       For the Plaintiffs:     ROBERT G. SUGARMAN, ESQ.
                                 JESSIE MISHKIN, ESQ.
15                               Weil Gotshal & Manges, LLP

16
         For the Defendants:     MAUREEN LICCIONE, ESQ.
17                               Jaspan Schlesinger
                                 300 Garden City Plaza
18                               Garden City, New York 11530
                                 For Southampton Town
19
                                 BRIAN S. SOKOLOFF, ESQ.
20                               LEO DORFMAN, ESQ.
                                 Sokoloff Stern
21                               355 Post Avenue
                                 Westbury, New York 11590
22                               For Westhampton

23                               MARCI HAMILTON, ESQ.
                                 Benjamin Cardozo School of Law
24                               55 Fifth Avenue
                                 New York, New York 10003
25                               For Village of Quogue
```

2

1

2    APPEARANCES CONT'D:

3    For the Defendants:          JELTJE DEJONG, ESQ.
                                   Devitt Spellman Barrett, LLP
4                                  50 Route 111
                                   Smithtown, New York 11787
5                                  For Village of Quogue

6

7    ALSO PRESENT:                MICHELE A. PINCUS, ESQ.
                                   333 Earle Ovington Boulevard
                                   Uniondale, New York 11553
8                                  For LIPA

9                                  ERICA S. WEISGERBER, ESQ.
                                   Debevoise & Plimpton, LLP
10                                 919 Third Avenue
                                   New York, New York 10022
11                                 For Verizon

12

13

14

15

16

17

18

19

20

21   Official Court Reporter:    Paul J. Lombardi, RMR, FCRR
22   Ph. (631) 712-6106          100 Federal Plaza - Suite 1180
     Fax (631) 712-6122          Central Islip, New York 11722
23

24
                      Proceedings recorded by mechanical stenography.
25                          Transcript produced by CAT.

3

```
 1              THE CLERK:  East End Eruv Association v the
 2     Village of Westhampton Beach, et al.
 3              Your appearances, please.
 4              MR. SUGARMAN:  Good morning, your Honor.
 5              Robert Sugarman and Jessie Mishkin for the
 6     plaintiffs.
 7              MR. SOKOLOFF:  Brian Sokoloff for the Village of
 8     Westhampton Beach defendants.
 9              MS. HAMILTON:  Marci Hamilton for the Village of
10     Quogue, your Honor.
11              MS. DEJONG:  Jeltje DeJong for the Village of
12     Quogue.
13              MR. SIMRY:  Your Honor, I am Jonathan Simry.
14              We are here on behalf of the motion of the
15     Jewish people for the betterment of Westhampton Beach.
16              MS. LICCIONE:  Maureen Liccione for Southampton
17     Town defendants.
18              MS. PINCUS:  Michele Pincus here on behalf of
19     LIPA.
20              MS. WEISGERBER:  Erica Weisgerber on behalf of
21     Verizon.
22              THE COURT:  Go ahead.
23              MR. SUGARMAN:  Your Honor, Robert Sugarman on
24     behalf of the plaintiffs.
25              After your Honor's decision on the preliminary
```

4

1    injunction motion, plaintiffs followed your suggestions.

2    We were going to file the appropriate applications with

3    the town of Southampton.

4            THE COURT:  You haven't done it yet?

5            MR. SUGARMAN:  We have not done it yet.

6            We are in the process.

7            THE COURT:  What are you waiting for?

8            MR. SUGARMAN:  We are in the process of

9    retaining counsel.

10           THE COURT:  You are in the process of what?

11           MR. SUGARMAN:  Retaining counsel who will make

12   that application.

13           It should be made right after the first of the

14   year.  With respect to Quogue and Westhampton Beach, we

15   followed your suggestion.  We have submitted a revised

16   Eruv plan, the list of poles and maps have been

17   circulated.

18           I have additional copies for the court.  What

19   your Honor has there is the revised map which shows the

20   boundaries and a list of the poles.  None of the poles are

21   in the Town of Southampton.  They are all either in

22   Westhampton Beach or Quogue.

23           The lechis in Quogue are the same as they were

24   when we moved in the preliminary injunction.  The lechis

25   in Westhampton Beach have been moved so that the western

5

1    boundary of the Eruv is no longer in the Town of

2    Southampton, but is in Westhampton Beach.

3           So what the two municipalities did in response

4    to this new revised Eruv plan is they submitted to your

5    Honor letters requesting permission to make a motion to

6    dismiss.  This is déjà vu all over again, your Honor.

7    When we filed the motion for preliminary injunction in the

8    spring, that was met with letters from the three

9    municipality to make a motion.

10          Your Honor set the preliminary injunction

11   schedule, the briefing schedule.  We had the hearing on

12   the preliminary injunction.  Your Honor issued the court's

13   decision.

14          The letters that have now been filed are

15   virtually the same as the letters that were filed six

16   months ago.  They raise the same arguments.  The arguments

17   that are raised in the letters are --

18          THE COURT:  We'll let them make their own

19   arguments.

20          MR. SUGARMAN:  -- that were made before.

21          So, your Honor, at this point, we respectfully

22   request that based on your Honor's decision that

23   Westhampton Beach has no grounds to oppose the placement

24   of lechis on their poles and we renew our request to issue

25   a preliminary injunction with respect to those

1   municipalities.

2              Absent that, Verizon and Long Island Power,

3   whose counsel are here, will not go forward with the

4   contracts.  That's what we need and that's what we

5   respectfully ask the court to do.

6              Thank you.

7              THE COURT:  What application are you going to

8   make to Westhampton Beach?

9              They have no rules and regulations concerning

10  it.

11             MR. SUGARMAN:  Your Honor, we can make an

12  application to --

13             THE COURT:  You told me you are hiring

14  counsel --

15             MR. SUGARMAN:  No.  No.

16             This is the Town of Southampton.

17             THE COURT:  Oh, okay.

18             MR. SUGARMAN:  They are not here today.

19             You denied that motion because it wasn't ripe.

20  That's what I was talking about.

21             THE COURT:  Okay.

22             Let's hear from the defendants.

23             MR. SUGARMAN:  Not Westhampton Beach.

24             MR. SOKOLOFF:  Judge, we have asked permission

25  to file a motion to dismiss based upon the lack of

7

1    ripeness, the lack of standing --

2            THE COURT:  Wait a minute.  Ripeness?

3            What do you mean by that, that they haven't done

4    anything?

5            MR. SOKOLOFF:  My clients have not done

6    anything.

7            THE COURT:  Do you have any rules and

8    regulations defining signing and where you go in order to

9    get permission?

10           MR. SOKOLOFF:  We indicated in the hearing

11   that --

12           THE COURT:  Don't tell me what you indicated in

13   the hearing.  I asked you a question.

14           Can you answer the question?

15           MR. SOKOLOFF:  The lechis as proposed are not

16   viewed by the Village of Westhampton Beach as a sign.

17           THE COURT:  Do you have any sign ordinance?

18           MR. SOKOLOFF:  I believe there is a sign

19   ordinance, but it doesn't cover the lechis.

20           THE COURT:  Read to me the sign ordinance you

21   have.

22           MR. SOKOLOFF:  I didn't bring it.

23           THE COURT:  You didn't bring it.  The last time

24   you didn't know about it either and you didn't bring it.

25           Doesn't anybody in this whole case you are

8

1    fighting in saying it doesn't apply say that you have

2    something?  What do you have?

3               You also mentioned to me that it was never

4    discussed by the village.  Is that correct?

5               MR. SOKOLOFF:  Correct.

6               THE COURT:  And I put in my decision how could

7    it be possible that they have hired outside counsel and

8    paid money to fight it when it was never discussed?

9               I'm curious, to this day you mean they still

10   haven't discussed the issue that's involved here?

11              MR. SOKOLOFF:  Judge, I was not aware that a

12   village hiring an attorney to get legal advice could

13   somehow lead to liability under the First Amendment.

14              THE COURT:  Did the village ever discuss

15   anything about this case?

16              MR. SOKOLOFF:  Not officially.

17              THE COURT:  Unofficially, then.

18              MR. SOKOLOFF:  Judge, I don't know.

19              THE COURT:  And they spent money unofficially

20   too?

21              MR. SOKOLOFF:  They haven't spent money to hire

22   me.

23              This is triggered when there is a lawsuit, being

24   done by the village's --

25              THE COURT:  All right.

9

1        You want to make a motion.  Is that correct?

2        MR. SOKOLOFF:  Yes, I do.

3        THE COURT:  When do you want to make it by?

4        MR. SOKOLOFF:  Three weeks.

5        THE COURT:  What would be your position if the

6    plaintiffs went forward with their plan?

7        MR. SOKOLOFF:  I can't answer that.

8        THE COURT:  You can't answer -- you are the

9    attorney and you can't answer that.

10       MR. SOKOLOFF:  I can't answer it and I'm not

11   obligated to answer it.

12       THE COURT:  Okay.

13       You are not obligated to answer it.  I'll direct

14   them that they go forward until they hear otherwise from

15   the village.

16       MR. SOKOLOFF:  Okay.

17       But I'm told --

18       THE COURT:  Okay.  Fair enough.

19       You make your motion in three weeks.  They have

20   three weeks to respond.  You have five days --

21       MR. SOKOLOFF:  Can I correct myself?

22       I'm told that three weeks is Christmas.  Can we

23   have until January 1st or whatever day it is?

24       THE COURT:  When do you want it?

25       MR. SOKOLOFF:  The first business day of 2012,

10

1   which I'm looking up, January 2nd.

2           THE COURT:  It's January 3rd, I believe.

3           MR. SOKOLOFF:  January 3rd.

4           THE COURT:  Okay, January 3rd.

5           In the meantime, they can file and we'll see

6   what you do and we'll see what the board has to say about

7   it -- they don't have to file, just do what you have to

8   do.

9           MR. SUGARMAN:  Your Honor, in other words, we

10  can go forward with the Eruv in Westhampton Beach.

11          THE COURT:  Subject to what they are going to

12  do, since they say they don't know, they haven't discussed

13  it.

14          So, fine, and they want to make a motion to

15  dismiss.  Okay.  I'm granting it.

16          Let's go to Quogue.

17          MS. DEJONG:  Your Honor, Quogue also would like

18  to make a motion to dismiss.

19          THE COURT:  What do you say concerning your

20  ordinance?

21          You have an ordinance.

22          MS. DEJONG:  We have an ordinance, your Honor,

23  that say the lechis apply.

24          THE COURT:  In your ordinance it says if it

25  interferes with a projection or encroachment and you are

11

1  claiming that the stick on the pole interferes with the

2  egress and interferes with people walking on the streets

3  and cars.

4          Okay.  I understand that.

5          MS. DEJONG:  Your Honor, basically what we are

6  saying, really, I think the first step is that the

7  plaintiffs need to apply, that's all.

8          That's what we are saying at this point.  I

9  can't tell you what the village is going to say.

10         THE COURT:  I'm going to make the same ruling to

11 them so you will find out what the village will say.

12         MS. DEJONG:  They haven't applied.

13         THE COURT:  When are you going to apply?

14         When are you going to do it?

15         MR. SUGARMAN:  Your Honor, the problem is,

16 unlike Southampton, which had a procedure, there is no

17 procedure in Quogue for us to apply.

18         Counsel says --

19         THE COURT:  She says there is.

20         MR. SUGARMAN:  Your Honor, there is one other

21 point.

22         THE COURT:  It would be so much easier if you

23 applied, they would say yes or no.

24         MR. SUGARMAN:  Your Honor, there are two

25 problems.

12

1          One is there is no procedure as there is in

2     Southampton.  The second is you said it in your decision

3     and you have repeated it this morning that their argument

4     that it's an encroachment or a projection is what you said

5     questionable.

6          THE COURT:  Good.

7          It's going to be delayed.  File, will you,

8     please?

9          MR. SUGARMAN:  Your Honor, what I would ask the

10    court to do, because this is just further delay, is allow

11    us to put the Eruv up in Quogue and we will then submit an

12    application, although we don't know how.

13         But in the interim, at least, Mr. Lean, for

14    example, who lives in Quogue --

15         THE COURT:  Will you do it my way?  File it.

16         You don't know how, very simple.  Fill out the

17    form and give it to them and see what they do with it.

18    I'm allowing you to go ahead subject to what they do with

19    it and see what the rights are.

20         MR. SUGARMAN:  Allowing us to go ahead and put

21    up the Eruv in Quogue as in Westhampton and apply.

22         THE COURT:  No.  Apply first then do it

23    immediately.

24         MR. SUGARMAN:  Apply first, put up the Eruv

25    immediately, and wait to see what they do.

13

1        THE COURT:  There's three separate ordinances

2   involved.

3        MR. SUGARMAN:  Correct.

4        THE COURT:  The one has nothing.

5        There you can go ahead immediately.  They have

6   something.  Will you please apply there first.  Do it in

7   Westhampton Beach.  If they delay it, let me know, and we

8   will then change our position.

9        You understand that?

10       MR. SUGARMAN:  Put it up in Westhampton Beach,

11  make an application to Quogue.

12       THE COURT:  Yes.

13       MR. SUGARMAN:  And keep you posted if there is a

14  delay.

15       THE COURT:  Right.

16       MR. SUGARMAN:  But not put it up in Quogue for

17  the moment.

18       THE COURT:  Yes.  Okay.

19       Satisfied?

20       MS. DEJONG:  Yes, your Honor, and --

21       THE COURT:  It's amazing how the boards haven't

22  discussed this issue and we don't know where they stand

23  until an application is made.  Even though they have hired

24  lawyers to fight it, they have never discussed it.

25       Okay.  That's very interesting.

14

```
 1              MS. DEJONG:  Your Honor, the village would also
 2    like to submit a motion to dismiss the same day.
 3              THE COURT:  Same terms and conditions.
 4              MR. SUGARMAN:  Your Honor, may I say one other
 5    thing?
 6              If we are limited to Westhampton Beach, we will
 7    have to submit yet another revised Eruv plan because we
 8    will have to move the lechis out of Quogue into
 9    Westhampton Beach.
10              In light of your Honor's finding --
11              THE COURT:  I'm not ruling that you are right.
12              I'm just saying do it so we can get a reaction
13    so they don't say it's not ripe.
14              MR. SUGARMAN:  I understand that.
15              All I'm saying is, in light of your Honor's
16    decision that Quogue's argument is questionable as opposed
17    to arguable, which you said with respect to Southampton, I
18    respectfully request in order to avoid the necessity to do
19    yet another revised Eruv plan that for the -- temporarily
20    that you allow the present Eruv plan to go forward.
21              Obviously --
22              THE COURT:  All right.
23              I can see that.  Yes.  I will allow it.
24              MR. SUGARMAN:  We will put the proposed --
25              THE COURT:  I know he's going to oppose it.
```

1    MS. DEJONG: Your Honor, he's talking about the

2    Village of Quogue at this point without having made an

3    application.

4    He's asking that this court allow them to put up

5    an Eruv without ever having had any application or any

6    conversation with anybody from the Village of Quogue.

7    MR. SUGARMAN: Temporarily, your Honor.

8    THE COURT: Temporarily, yes.

9    I'm allowing it.

10    MR. SUGARMAN: Yes.

11    THE COURT: Not that it's permanent and I want

12    to hear your objections and so forth before I make a

13    permanent ruling on it.

14    MS. DEJONG: Your Honor, would we have that

15    ruling in writing, please.

16    Can we have a ruling in writing so we can do

17    what we have to do?

18    THE COURT: You can order the record and I will

19    so order it.

20    MR. SUGARMAN: Thank you.

21    THE COURT: Next.

22    MR. SOKOLOFF: I just want to understand.

23    I think the record needs to be clarified. This

24    court is directing the plaintiff to put up an Eruv in

25    Westhampton Beach, that's an order of the court?

1        THE COURT:  No.

2        I'm suggesting he do it because you haven't made

3   a decision and this will force a decision one way or the

4   other, then we will evaluate whether it's right or wrong.

5        MR. SOKOLOFF:  As long as it's a suggestion and

6   it's not a preliminary injunction.

7        I don't want the plaintiff to run around with

8   that order saying the judge said we have a right to put it

9   up.

10        THE COURT:  That's right.

11        I'm saying they should.  I'm recommending it.

12   So you can get a decision because you can't get it from

13   your board whether they are going to oppose it or not and

14   you haven't even spoken to them about it and they haven't

15   spoken about it and it's been going on for a long time and

16   this will force the issue.

17        Then we will be able to decide.  Do you have any

18   objection to that, counsel?

19        MR. SOKOLOFF:  My only objection was to a court

20   order directing them to put it up and to any kind of

21   finding --

22        THE COURT:  Did I resolve that for you?

23        MR. SOKOLOFF:  Yes.

24        Thank you.

25        THE COURT:  Okay.

17

1        Next.

2        MS. DEJONG:  Your Honor, with regard to the

3   Village of Quogue, I would just like to add that your

4   Honor, by allowing the plaintiff to set up or construct an

5   Eruv temporarily, you are, in effect, placing Quogue in a

6   more negative position in that they haven't even ever

7   dealt with this.

8            Now, if they decide --

9        THE COURT:  I won't put Quogue in that negative

10  position.

11           I promise you that.  We will judge the merits

12  based upon what the law is and what the facts are.  They

13  are not in a negative position.

14           Next.

15       MR. SUGARMAN:  Your Honor, I was just told by

16  counsel for LIPA and Verizon that they need some decision

17  from the court that we are allowed to put it up, pending

18  all of this other stuff.

19           Because, absent that, they still feel

20  constrained that they can't go forward.

21       THE COURT:  Let me hear from them.

22       MS. PINCUS:  Your Honor, although we are not

23  parties in this action, both LIPA and Verizon have a

24  related action in which we sought declaratory relief

25  because of the dispute that's before the court, we were

18

1    put into a position --

2              THE COURT:  What position are you in that you

3    need guidance?

4              What has done anything to you?

5              MS. PINCUS:  The position we are in is that we

6    were advised by the three municipalities if we went ahead

7    and allowed the Eruv to attach to our poles or to use our

8    poles in connection with the attachment of the lechis that

9    the municipalities were going to fine --

10             THE COURT:  Wait a second.

11             The counsel sitting there raised their head and

12   said, no.  That never happened.

13             Let me ask them.  Will you hold them liable if

14   they go ahead?

15             MS. PINCUS:  And at this point based on what the

16   judge is saying --

17             MR. SOKOLOFF:  I'm not answering -- I can't

18   answer that question now.

19             Judge, what I want to tell you is --

20             THE COURT:  Wait a minute.

21             That's the issue I'm asking you now.  What's

22   your answer?

23             MR. SOKOLOFF:  I cannot answer that question at

24   this time.

25             What I can tell you is that there is absolutely

1    no basis at all, we had a hearing and we had evidence,

2    there is no basis for counsel to stand up and say that

3    anybody on behalf of my client said that they would fine

4    Verizon or LIPA.

5              I ask them to produce the correspondence.  It

6    doesn't exist.

7              THE COURT:  Thank you.

8              MS. DEJONG:  Well, your Honor, it's our position

9    that this court at this point doesn't have subject matter

10   jurisdiction because it's not ripe.

11             It's unbelievable to me that we are going

12   forward and that you are going to allow the plaintiff to

13   construct an Eruv when they haven't ever had any

14   application before the Village of Quogue, whatsoever.

15             THE COURT:  They are going to have one.

16             They are not doing it in Quogue -- they are

17   going to make an application.

18             MS. DEJONG:  After they put up an Eruv, then

19   they are going to put in an application.

20             THE COURT:  I'll ask the plaintiff, what was

21   your interpretation of what I said?

22             MR. SUGARMAN:  My interpretation was on a

23   temporary basis, the Eruv Association can put up the Eruv

24   under the plan that we have suggested, and that it will

25   cover Westhampton Beach and Quogue, subject to the

1    application.

2              THE COURT:  No.  That was not my intention.

3              My intention was you can use the form that you

4    didn't want to make another one when you go to

5    Westhampton.

6              But you can't do it in Quogue until you make

7    your application and we know where they stand.  You may

8    use the same form so you objected to, you have to make

9    another form now and so forth.  So I went along with you

10   on that.

11             That was my understanding.

12             MR. SUGARMAN:  No.

13             THE COURT:  That solves their problem that it's

14   not up, but you can make your application to both, and use

15   the same form.

16             MR. SUGARMAN:  Well, your Honor, we can -- what

17   I was saying is that in order to do an Eruv just in

18   Westhampton Beach, we have to do another -- a border

19   because the border from Quogue --

20             THE COURT:  If you win in Westhampton, then you

21   will do it.

22             Now you don't want to waste the time and the

23   money, I'm willing to go along and say use the same form.

24   If you win in both, you win.  If you win in one, you win.

25             If you don't win in any, you don't win, and that

1    way you will make your form and something has to start

2    moving.

3                MR. SUGARMAN:  What I understood you to say --

4                THE COURT:  That's what I'm ruling now.

5                MR. SUGARMAN:  You are ruling now we can go

6    ahead in Westhampton Beach and that we cannot --

7                THE COURT:  I'm not giving you an injunction.

8    I'm not giving you an order.

9                You may proceed in Westhampton.

10               MR. SUGARMAN:  Okay.

11               THE COURT:  And use the same form that you have

12   now that covers Quogue, though you can't proceed in Quogue

13   until you make your application and they make a

14   determination.

15               Does any counsel for the defendants know whether

16   their clients have directed them not to allow the

17   utilities to permit it?

18               MS. DEJONG:  Your Honor, I can speak for Quogue.

19               I can tell you that the village may or did write

20   a letter early on when they were told that they might be

21   coming to Quogue and advised them of the ordinance and the

22   fact that the ordinance had penalties.

23               THE COURT:  That's all.

24               MS. DEJONG:  It wasn't a direction, your Honor.

25               It was advising.

22

1          THE COURT:  You have not been directed either

2     way.

3          You can do it.

4          MS. PINCUS:  The problem is that both LIPA and

5     Verizon did not want to be in the position to interpret

6     the statutes and that's why we were waiting to let the

7     court do that.

8          If the court is now directing that it is

9     permissible for the plaintiff to proceed in

10    Westhampton Beach, we would be comfortable upon, you know,

11    talking to general counsel and our clients and so forth to

12    allow it.

13         THE COURT:  I'm directing they may proceed and

14    we'll see what happens.

15         MR. SUGARMAN:  In Westhampton Beach.

16         THE COURT:  And if I rule against them

17    eventually you will be out of it.

18         And if I rule in their favor, you have already

19    allowed it.  It all depends upon plaintiff to move,

20    subject to we have one more person I want to hear from.

21         MR. SUGARMAN:  Your Honor, the problem I have

22    right now is that I have just heard some equivocation from

23    Verizon and LIPA.

24         In their view, the municipalities whether they

25    agree with it or not, in their view they have been

1    threatened with fines and they have said to us we are not

2    going to move forward.

3              What they need and what I would ask --

4              THE COURT:  Counsel, if you don't want to move

5    forward, don't.

6              MR. SUGARMAN:  We do want to move forward.

7              THE COURT:  Then do it, please.

8              Do what you want.  I'm trying to make it easier

9    for everybody so everybody will make a decision which way,

10   nobody wants to make a decision.  So, therefore, I'm not

11   telling you what to do.

12             MR. SUGARMAN:  Let me put it another way.

13             We will move forward in Westhampton Beach, not

14   in Quogue because that's what you have said.

15             THE COURT:  Yes.

16             MR. SUGARMAN:  And the problem we have is that

17   when we go to Verizon and LIPA for the poles in

18   Westhampton Beach, they may say --

19             THE COURT:  Don't worry about what they may.

20             Do it and see.  You haven't done it yet.  Time

21   is running.

22             MR. SUGARMAN:  We have submitted the plan.

23             They are prepared to go forward with it, as long

24   as you say that they --

25             THE COURT:  Westhampton hadn't permitted it and

24

1   you are going to go ahead.

2            MR. SUGARMAN:  Well, we might not be able to go

3   ahead if Verizon and LIPA are not comfortable that they

4   are not going to be fined.

5            THE COURT:  Counsel, if you want to wait until

6   doomsday, fine with me.

7            MR. SUGARMAN:  We want to do it tomorrow.

8            THE COURT:  I want to hear from the other

9   interveners and hear what they have to say before I rule

10  on whether I'm allowing them in or not.

11           MR. SIMRY:  Jonathan Simry, for the movant

12  intervener the Jewish people for the betterment --

13           THE COURT:  Who are they?

14           MR. SIMRY:  My name, your Honor, is Jonathan

15  Simry.

16           I am here for the intervener Jewish people for

17  the betterment of Westhampton Beach.

18           THE COURT:  Who are they?

19           MR. SIMRY:  Your Honor, they are citizens of the

20  Village of Westhampton Beach and predominantly Jewish

21  citizens of Westhampton Beach who oppose the Eruv.

22           THE COURT:  How many people are part of this

23  organization?

24           MR. SIMRY:  Your Honor, it's changing every day.

25           I can get that information for the court, but a

1    substantial number.  I believe it's in our original

2    papers, but I will get you the exact number.

3              THE COURT:  Your original papers?

4              MR. SIMRY:  It's --

5              THE COURT:  Wait.  Wait.  Wait.

6              I love the way they say things and run on to the

7    next thing.  The original papers, I believe, were in 2008.

8              MR. SIMRY:  I meant the intervention papers

9    here, your Honor.

10             THE COURT:  We have them?

11             MR. SIMRY:  If not, I will get the court the

12   exact count.

13             THE COURT:  Get your papers and show me where it

14   is.

15             MR. SIMRY:  Your Honor, I believe it's over 200

16   members.

17             I will get the court the exact count by the end

18   of the day.

19             THE COURT:  Where in your papers does it say the

20   names of the people?

21             MR. SIMRY:  I don't believe the individual names

22   are stated, your Honor.

23             THE COURT:  So we don't know who.

24             You just tell me it's over 200.

25             MR. SIMRY:  I'm informed it's over 200 members.

26

1              THE COURT:  Who is informing you?

2              MR. SIMRY:  My associate.

3              THE COURT:  It's double talk.

4              Nobody wants to commit.  It's always somebody

5      else who is doing it.

6              MR. SIMRY:  No, your Honor, it's --

7              THE COURT:  All right, the gentleman you are

8      looking to -- is Mr. Schaeffer here?

9              MR. SIMRY:  No, your Honor.

10             He is not personally here.

11             THE COURT:  Who's the gentleman you are

12     referring to?

13             MR. SIMRY:  My associate, Mr. Hill, your Honor.

14             THE COURT:  Does he know the names of them?

15             MR. SIMRY:  We do not have the names with us,

16     your Honor.  No.

17             We do not know the individual names.  What we

18     have said is that there are over 200 members.

19             THE COURT:  Okay.

20             You will get us a list, then.

21             MR. SIMRY:  Excuse me, Judge?

22             THE COURT:  You will get us a list.

23             It doesn't have to be 200.

24             MR. SIMRY:  I will get you a list.

25             THE COURT:  Go ahead.

27

1          MR. SIMRY:  We are seeking to intervene for two

2   reasons, one is substantive, one is procedural.

3          The procedural reason is very well illustrated

4   here.  We believe, respectfully, that the decision of the

5   plaintiffs to come to this court, rather than making any

6   kind of application to the municipalities, is precisely an

7   effort to cut out the people on the ground, the citizens

8   of these municipalities from --

9          THE COURT:  They are making an application.

10          So that cuts it -- not Westhampton Beach, but go

11   ahead.

12          MR. SIMRY:  We believe there has to be an

13   application in Westhampton Beach also, your Honor, because

14   regardless of whether the village has enacted a sign

15   ordinance, the state village law, itself, gives the

16   trustees of the village exclusive control over the use of

17   the public ways within the village.

18          That is state law.  We don't need the sign

19   ordinance for the trustees to have that exclusive

20   jurisdiction, and it's our view without the approval of

21   the board of trustees, with or without a signed ordinance,

22   you cannot come into the village and begin affixing things

23   to -- that are within the public roads and highways of the

24   village.  We believe that's state law and we would like to

25   make that application if we are allowed to intervene.

1          Secondly, your Honor, as I was saying earlier,

2     we want to sit at the table.  We believe that this federal

3     action is an attempt at an end run around the process in

4     which citizens of these municipalities, including mine,

5     would have an opportunity to state --

6          THE COURT:  Don't you think the village

7     attorneys are doing a good job?

8          They have been fighting this tooth and nail.

9          MR. SIMRY:  Your Honor, we believe that their

10    interests are narrower than ours.

11         They are fighting and I do think they are doing

12    a good job and I believe that their motions that they have

13    suggested they are going to make are very meritorious.

14         But they are fighting it on purely procedural

15    grounds of ripeness and standing.  They are not taking a

16    substantive position on the Eruv itself and they probably

17    can't.

18         THE COURT:  What's your substantive position?

19         MR. SIMRY:  We are going to take a substantive

20    position.

21         We oppose the Eruv substantively, not just

22    procedural because we think it's bad for the village.  We

23    think it's aesthetically bad.

24         We think it will be viewed as an establishment

25    of a religion and about a particular group within a broad

1    religious category.  We would fight it in a way they

2    can't, they don't and they can't.

3              We want to fight it substantively, as well as

4    procedural and have a seat at the table for that purpose.

5              THE COURT:  You mean the stick on the pole

6    aesthetically is going to hurt the village?

7              MR. SIMRY:  Yes, Judge.

8              That is our client's view.

9              THE COURT:  Even if it's the same color as the

10   pole, whatever it is?

11             MR. SIMRY:  Your Honor, that is our client's

12   position, both aesthetically and also, as I said very

13   candidly, we believe that it would be viewed as a form of

14   establishment, of endorsement of not just a religion, but

15   a particular group within that religion which my clients

16   who are predominantly Jews oppose.

17             And we believe that that point of view can't be

18   represented by a municipality.

19             THE COURT:  You are telling me if Hasidic Jews

20   were coming in?

21             MR. SIMRY:  Your Honor, yes, we believe that's

22   not appropriate.

23             THE COURT:  How about if it was Islamic people

24   who wanted to come and do that, would you oppose that too?

25             MR. SIMRY:  Your Honor, that's not before us.

1        I think any citizen group in these villages has

2    standing to oppose what's being tried here which is to

3    exclude them entirely from the process.  This court this

4    morning has invited the plaintiff to go ahead in different

5    ways to begin this without the people of the villages even

6    getting a say.

7        We believe that's wrong.  We believe we have a

8    right to be heard on these issues.

9        THE COURT:  In other words, the public can

10   interject on every issue involving a municipality?

11       MR. SIMRY:  We believe that when an attempt is

12   made to do an end run against the laws that are in effect

13   in which the citizens would be permitted to participate is

14   done, yes.  Then we ought to be able to intervene.

15       Thank you, your Honor.

16       THE COURT:  What do you wish to say?

17       MR. SUGARMAN:  Judge a couple things, your

18   Honor.

19       The legal arguments that the interveners want to

20   make are the same legal arguments that the Village of

21   Westhampton Beach has made.  They made a motion earlier to

22   intervene.  You denied that motion without prejudice to

23   renew.

24       There is nothing new --

25       THE COURT:  By the way, we have a problem in

1    that I said you can renew the motion, but you didn't do

2    that.

3              You then filed an appeal.  An appeal is now

4    pending on that.

5              MR. SIMRY:  Your Honor, we circulated --

6              THE COURT:  You have an appeal in the Second

7    Circuit, I can't even rule.

8              MR. SIMRY:  Your Honor, all counsel including

9    plaintiffs have kindly stipulated this morning to our

10   withdrawal of the appeal.

11             We will be filing that with the Second Circuit

12   today.

13             THE COURT:  Okay.

14             MR. SUGARMAN:  Your Honor, when counsel says --

15   you denied their first motion.

16             They are making the same arguments now.  They

17   are saying we are trying to do an end run around the

18   Village of Westhampton Beach laws?  You have already

19   established pretty clearly they don't have any laws that

20   will block the Eruv.

21             What is absolutely clear and your Honor put your

22   finger on it, this group just doesn't want more orthodox

23   Jews in Westhampton Beach.  It's as simple as that.

24             It's not grounds, I submit to you, that you

25   should grant a motion to intervene.  They are making no

1    legal arguments different than the Village of Westhampton

2    Beach made and it would be no basis.

3            THE COURT:  When I asked him if it was an

4    Islamic group he said well, that's not the issue.

5            I guess if I asked other minorities he would say

6    it's not the issue.  I guess it gives him the right to

7    come in when it's a minority involved.

8            Is that correct, counsel?

9            MR. SIMRY:  Respectfully, your Honor, that's not

10   correct.

11           What I said was, we believe we have the right to

12   intervene for two reasons, one is substantive and one is

13   effectively procedural.

14           On the procedural we believe, as I clearly

15   stated, that any group --

16           THE COURT:  I think even your papers you said

17   that about the particular sect of the Jewish religion.

18           MR. SIMRY:  We represent Jews who oppose the

19   Eruv and oppose what will be perceived as a municipal

20   endorsement of Judaism and, in particular, Orthodox Jew.

21           We believe that would be viewed that way and

22   substantively we oppose it and that's why respectfully

23   counsel for the plaintiff is wrong that we do not make

24   arguments that are not made and, frankly, can't be made by

25   the municipality.

33

1          THE COURT:  Reserved decision on that.

2          MR. SIMRY:  We believe, Judge, as I said,

3    citizens of these --

4          THE COURT:  Did you hear what I said?

5          MR. SIMRY:  No, your Honor.

6          THE COURT:  I said reserve decision.

7          MR. SIMRY:  Thank you, your Honor.

8          THE COURT:  Okay.

9          MR. SUGARMAN:  Your Honor, I just want to be

10   comfortable when I walk out of here --

11         THE COURT:  I don't care whether you are

12   comfortable when you walk out or not, counsel.

13         It's not my job to make lawyers comfortable.  I

14   would be here all day.

15         MR. SUGARMAN:  I misspoke.

16         We will withdraw and include only

17   Westhampton Beach for the Eruv.

18         THE COURT:  I told you how many times?

19         MR. SUGARMAN:  Verizon and LIPA are still in a

20   position that they aren't -- could I suggest the

21   following.

22         Mr. Sokoloff says that they never threatened,

23   they aren't going to threaten, they don't have a

24   procedure, can we ask for a stipulation that in the

25   interim, while the Eruv goes up, that Westhampton Beach

1    will not fine or do anything with respect to Verizon?

2            THE COURT:  He's not going to stipulate to that,

3    because he doesn't know.

4            Am I right?

5            MR. SOKOLOFF:  Yes.

6            THE COURT:  Look at that, I'm right once.

7            MR. SUGARMAN:  The only way, as I hear Verizon

8    and LIPA, that we can do this Eruv in Westhampton Beach --

9            THE COURT:  Counsel, I told you what to do.

10           If you don't want to do it, don't do it.

11           MR. SUGARMAN:  I do want to do it, but I'm

12   hearing from Verizon and LIPA --

13           THE COURT:  Life has perils.  You have to take

14   risks.

15           You don't want to take them, don't.

16           MR. SUGARMAN:  I can't take risks for Verizon

17   and LIPA.  They are not my client.

18           I want to --

19           THE COURT:  Enough.

20           I made my point clear.  I'm not making it easier

21   for you than anybody else.

22           MR. SUGARMAN:  I'm not asking you to make it

23   easier.

24           All I'm asking you to do is allow us to be in

25   Westhampton Beach which has no laws and no procedures and

1  give Verizon and LIPA the comfort that if they allow us to

2  put lechis on the poles, they won't be fined.

3        And that's a very limited request, temporarily,

4  if in the final analysis the Eruv has to come down, fine.

5  Then it will come down.  But, in the interim, we are not

6  going to be able to put up the Eruv which you said we can

7  do and we would like to do in Westhampton Beach without

8  giving Verizon and LIPA some comfort they are not going to

9  be fined by Westhampton Beach and they said they never

10  threatened that.

11        From what I hear from Ms. Pincus, and I can

12  understand their nervousness, they are not going to go

13  forward with the contract --

14        THE COURT:  Counselor, it's enough.  Stop.  Sit

15  down.

16        MS. LICCIONE:  Your Honor, my name is Maureen

17  Liccione from Jaspan Schlesinger, and I represent all of

18  the Southampton defendants.

19        Just very briefly I would like to reserve my

20  client's rights to also file a motion to dismiss and a

21  briefing schedule that's been suggested.

22        MR. SUGARMAN:  Your Honor, this is a totally

23  different request.

24        There has been no letter submitted that asks for

25  permission.  There's no grounds, at least under your

36

1    procedure, Southampton should not just say we want the

2    same briefing schedule.

3              THE COURT:  You want them to write a letter and

4    then waste more time.  I'm trying to move this ahead.

5              Granted, under the same terms as the others.

6              MS. LICCIONE:  Thank you, your Honor.

7              I will consult with my clients and determine

8    whether they will make such a motion.

9              THE COURT:  Okay.

10             Let's take a break.

11             (The matter concluded.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**100** [1] - 2:22
**10003** [1] - 1:24
**10022** [1] - 2:10
**10:15** [1] - 1:9
**111** [1] - 2:4
**11530** [1] - 1:18
**11553** [1] - 2:7
**11590** [1] - 1:21
**11722** [1] - 2:22
**11787** [1] - 2:4
**1180** [1] - 2:22
**1st** [1] - 9:23

## 2

**200** [5] - 25:15, 25:24, 25:25, 26:18, 26:23
**2008** [1] - 25:7
**2011** [1] - 1:8
**2012** [1] - 9:25
**2nd** [1] - 10:1

## 3

**300** [1] - 1:17
**333** [1] - 2:7
**355** [1] - 1:21
**3rd** [3] - 10:2, 10:3, 10:4

## 5

**50** [1] - 2:4
**55** [1] - 1:24

## 6

**631** [2] - 2:22, 2:22

## 7

**712-6106** [1] - 2:22
**712-6122** [1] - 2:22

## 9

**9** [1] - 1:8
**919** [1] - 2:10

## A

**a.m** [1] - 1:9
**able** [4] - 16:17, 24:2, 30:14, 35:6
**absent** [2] - 6:2, 17:19
**absolutely** [2] - 18:25, 31:21
**action** [3] - 17:23, 17:24, 28:3
**add** [1] - 17:3
**additional** [1] - 4:18
**advice** [1] - 8:12
**advised** [2] - 18:6, 21:21

**advising** [1] - 21:25
**aesthetically** [3] - 28:23, 29:6, 29:12
**affixing** [1] - 27:22
**ago** [1] - 5:16
**agree** [1] - 22:25
**ahead** [13] - 3:22, 12:18, 12:20, 13:5, 18:6, 18:14, 21:6, 24:1, 24:3, 26:25, 27:11, 30:4, 36:4
**al** [3] - 1:4, 1:8, 3:2
**allow** [9] - 12:10, 14:20, 14:23, 15:4, 19:12, 21:16, 22:12, 34:24, 35:1
**allowed** [4] - 17:17, 18:7, 22:19, 27:25
**allowing** [5] - 12:18, 12:20, 15:9, 17:4, 24:10
**ALSO** [1] - 2:6
**amazing** [1] - 13:21
**Amendment** [1] - 8:13
**analysis** [1] - 35:4
**answer** [10] - 7:14, 9:7, 9:8, 9:9, 9:10, 9:11, 9:13, 18:18, 18:22, 18:23
**answering** [1] - 18:17
**appeal** [4] - 31:3, 31:6, 31:10
**APPEARANCES** [2] - 1:13, 2:2
**appearances** [1] - 3:3
**application** [19] - 4:12, 6:7, 6:12, 12:12, 13:11, 13:23, 15:3, 15:5, 19:14, 19:17, 19:19, 20:1, 20:7, 20:14, 21:13, 27:6, 27:9, 27:13, 27:25
**applications** [1] - 4:2
**applied** [2] - 11:12, 11:23
**apply** [9] - 8:1, 10:23, 11:7, 11:13, 11:17, 12:21, 12:22, 12:24, 13:6
**appropriate** [2] - 4:2, 29:22
**approval** [1] - 27:20
**arguable** [1] - 14:17
**argument** [2] - 12:3, 14:16
**arguments** [8] - 5:16, 5:19, 30:19, 30:20, 31:16, 32:1, 32:24
**associate** [2] - 26:2, 26:13
**Association** [2] - 3:1, 19:23
**ASSOCIATION** [1] - 1:4
**attach** [1] - 18:7
**attachment** [1] - 18:8
**attempt** [2] - 28:3, 30:11
**attorney** [2] - 8:12, 9:9
**attorneys** [1] - 28:7
**Avenue** [3] - 1:21, 1:24, 2:10
**avoid** [1] - 14:18
**aware** [1] - 8:11

## B

**bad** [2] - 28:22, 28:23
**Barrett** [1] - 2:3
**based** [4] - 5:22, 6:25, 17:12, 18:15
**basis** [4] - 19:1, 19:2, 19:23, 32:2
**BEACH** [1] - 1:8
**Beach** [39] - 3:2, 3:8, 3:15, 4:14, 4:22, 4:25, 5:2, 5:23, 6:8, 6:23, 7:16, 10:10, 13:7, 13:10, 14:6, 14:9, 15:25, 19:25, 20:18, 21:6, 22:10, 22:15, 23:13, 23:18, 24:17, 24:20, 24:21, 27:10, 27:13, 30:21, 31:18, 31:23, 32:2, 33:17, 33:25, 34:8, 34:25, 35:7, 35:9
**BEFORE** [1] - 1:11
**begin** [2] - 27:22, 30:5
**behalf** [5] - 3:14, 3:18, 3:20, 3:24, 19:3
**Benjamin** [1] - 1:23
**betterment** [3] - 3:15, 24:12, 24:17
**block** [1] - 31:20
**board** [3] - 10:6, 16:13, 27:21
**boards** [1] - 13:21
**border** [2] - 20:18, 20:19
**Boulevard** [1] - 2:7
**boundaries** [1] - 4:20
**boundary** [1] - 5:1
**break** [1] - 36:10
**Brian** [1] - 3:7
**BRIAN** [1] - 1:19
**briefing** [3] - 5:11, 35:21, 36:2
**briefly** [1] - 35:19
**bring** [3] - 7:22, 7:23, 7:24
**broad** [1] - 28:25
**business** [1] - 9:25

## C

**candidly** [1] - 29:13
**cannot** [3] - 18:23, 21:6, 27:22
**Cardozo** [1] - 1:23
**care** [1] - 33:11
**cars** [1] - 11:3
**case** [2] - 7:25, 8:15
**CAT** [1] - 2:25
**category** [1] - 29:1
**Central** [2] - 1:6, 2:22
**change** [1] - 13:8
**changing** [1] - 24:24
**Christmas** [1] - 9:22
**Circuit** [2] - 31:7, 31:11
**circulated** [2] - 4:17, 31:5

**citizen** [1] - 30:1
**citizens** [6] - 24:19, 24:21, 27:7, 28:4, 30:13, 33:3
**City** [2] - 1:17, 1:18
**claiming** [1] - 11:1
**clarified** [1] - 15:23
**clear** [2] - 31:21, 34:20
**clearly** [2] - 31:19, 32:14
**CLERK** [1] - 3:1
**client** [2] - 19:3, 34:17
**client's** [3] - 29:8, 29:11, 35:20
**clients** [5] - 7:5, 21:16, 22:11, 29:15, 36:7
**color** [1] - 29:9
**comfort** [2] - 35:1, 35:8
**comfortable** [5] - 22:10, 24:3, 33:10, 33:12, 33:13
**coming** [2] - 21:21, 29:20
**commit** [1] - 26:4
**concerning** [2] - 6:9, 10:19
**concluded** [1] - 36:11
**conditions** [1] - 14:3
**CONFERENCE** [1] - 1:10
**connection** [1] - 18:8
**constrained** [1] - 17:20
**construct** [2] - 17:4, 19:13
**consult** [1] - 36:7
**CONT'D** [1] - 2:2
**contract** [1] - 35:13
**contracts** [1] - 6:4
**control** [1] - 27:16
**conversation** [1] - 15:6
**copies** [1] - 4:18
**correct** [7] - 8:4, 8:5, 9:1, 9:21, 13:3, 32:8, 32:10
**correspondence** [1] - 19:5
**counsel** [20] - 4:9, 4:11, 6:3, 6:14, 8:7, 11:18, 16:18, 17:16, 18:11, 19:2, 21:15, 22:11, 23:4, 24:5, 31:8, 31:14, 32:8, 32:23, 33:12, 34:9
**counselor** [1] - 35:14
**count** [2] - 25:12, 25:17
**couple** [1] - 30:17
**COURT** [128] - 1:1, 1:11, 3:22, 4:4, 4:7, 4:10, 5:18, 6:7, 6:13, 6:17, 6:21, 7:2, 7:7, 7:12, 7:17, 7:20, 7:23, 8:6, 8:14, 8:17, 8:19, 8:25, 9:3, 9:5, 9:8, 9:12, 9:18, 9:24, 10:2, 10:4, 10:11, 10:19, 10:24, 11:10, 11:13, 11:19, 11:22, 12:6, 12:15, 12:22, 13:1, 13:4, 13:12, 13:15, 13:18, 13:21, 14:3, 14:11, 14:22, 14:25, 15:8, 15:11, 15:18, 15:21, 16:1, 16:10, 16:22, 16:25, 17:9,

17:21, 18:2, 18:10, 18:20, 19:7, 19:15, 19:20, 20:2, 20:13, 20:20, 21:4, 21:7, 21:11, 21:23, 22:1, 22:13, 22:16, 23:4, 23:7, 23:15, 23:19, 23:25, 24:5, 24:8, 24:13, 24:18, 24:22, 25:3, 25:5, 25:10, 25:13, 25:19, 25:23, 26:1, 26:3, 26:7, 26:11, 26:14, 26:19, 26:22, 26:25, 27:9, 28:6, 28:18, 29:5, 29:9, 29:19, 29:23, 30:9, 30:16, 30:25, 31:6, 31:13, 32:3, 32:16, 33:1, 33:4, 33:6, 33:8, 33:11, 33:18, 34:2, 34:6, 34:9, 34:13, 34:19, 35:14, 36:3, 36:9
**Court** [1] - 2:21
**court** [17] - 4:18, 6:5, 12:10, 15:4, 15:24, 15:25, 16:19, 17:17, 17:25, 19:9, 22:7, 22:8, 24:25, 25:11, 25:17, 27:5, 30:3
**court's** [1] - 5:12
**Courthouse** [1] - 1:6
**cover** [2] - 7:19, 19:25
**covers** [1] - 21:12
**curious** [1] - 8:9
**cut** [1] - 27:7
**cuts** [1] - 27:10
**CV-11-213** [1] - 1:4

### D

**days** [1] - 9:20
**dealt** [1] - 17:7
**Debevoise** [1] - 2:9
**December** [1] - 1:8
**decide** [2] - 16:17, 17:8
**decision** [15] - 3:25, 5:13, 5:22, 8:6, 12:2, 14:16, 16:3, 16:12, 17:16, 23:9, 23:10, 27:4, 33:1, 33:6
**declaratory** [1] - 17:24
**Defendants** [3] - 1:9, 1:16, 2:3
**defendants** [5] - 3:8, 3:17, 6:22, 21:15, 35:18
**defining** [1] - 7:8
**DEJONG** [15] - 2:3, 3:11, 10:17, 10:22, 11:5, 11:12, 13:20, 14:1, 15:1, 15:14, 17:2, 19:8, 19:18, 21:18, 21:24
**DeJong** [1] - 3:11
**delay** [3] - 12:10, 13:7, 13:14
**delayed** [1] - 12:7
**denied** [3] - 6:19, 30:22, 31:15

**determination** [1] - 21:14
**determine** [1] - 36:7
**Devitt** [1] - 2:3
**different** [3] - 30:4, 32:1, 35:23
**direct** [1] - 9:13
**directed** [2] - 21:16, 22:1
**directing** [4] - 15:24, 16:20, 22:8, 22:13
**direction** [1] - 21:24
**discuss** [1] - 8:14
**discussed** [6] - 8:4, 8:8, 8:10, 10:12, 13:22, 13:24
**dismiss** [6] - 5:6, 6:25, 10:15, 10:18, 14:2, 35:20
**dispute** [1] - 17:25
**DISTRICT** [3] - 1:1, 1:1, 1:11
**done** [8] - 4:4, 4:5, 7:3, 7:5, 8:24, 18:4, 23:20, 30:14
**doomsday** [1] - 24:6
**DORFMAN** [1] - 1:20
**double** [1] - 26:3
**down** [3] - 35:4, 35:5, 35:15
**déjà** [1] - 5:6

### E

**Earle** [1] - 2:7
**early** [1] - 21:20
**easier** [4] - 11:22, 23:8, 34:20, 34:23
**EAST** [1] - 1:3
**East** [1] - 3:1
**EASTERN** [1] - 1:1
**effect** [2] - 17:5, 30:12
**effectively** [1] - 32:13
**effort** [1] - 27:7
**egress** [1] - 11:2
**either** [3] - 4:21, 7:24, 22:1
**enacted** [1] - 27:14
**encroachment** [2] - 10:25, 12:4
**End** [1] - 3:1
**end** [4] - 25:17, 28:3, 30:12, 31:17
**END** [1] - 1:3
**endorsement** [2] - 29:14, 32:20
**entirely** [1] - 30:3
**equivocation** [1] - 22:22
**Erica** [1] - 3:20
**ERICA** [1] - 2:9
**ERUV** [1] - 1:3
**Eruv** [30] - 3:1, 4:16, 5:1, 5:4, 10:10, 12:11, 12:21, 12:24, 14:7, 14:19, 14:20, 15:5, 15:24, 17:5, 18:7, 19:13, 19:18, 19:23, 20:17, 24:21, 28:16, 28:21, 31:20, 32:19, 33:17, 33:25, 34:8, 35:4,

35:6
**ESQ** [9] - 1:14, 1:14, 1:16, 1:19, 1:20, 1:23, 2:3, 2:6, 2:9
**established** [1] - 31:19
**establishment** [2] - 28:24, 29:14
**et** [3] - 1:4, 1:8, 3:2
**evaluate** [1] - 16:4
**eventually** [1] - 22:17
**evidence** [1] - 19:1
**exact** [3] - 25:2, 25:12, 25:17
**example** [1] - 12:14
**exclude** [1] - 30:3
**exclusive** [2] - 27:16, 27:19
**excuse** [1] - 26:21
**exist** [1] - 19:6

### F

**fact** [1] - 21:22
**facts** [1] - 17:12
**fair** [1] - 9:18
**favor** [1] - 22:18
**Fax** [1] - 2:22
**FCRR** [1] - 2:21
**federal** [1] - 28:2
**Federal** [1] - 2:22
**Fifth** [1] - 1:24
**fight** [4] - 8:8, 13:24, 29:1, 29:3
**fighting** [4] - 8:1, 28:8, 28:11, 28:14
**file** [7] - 4:2, 6:25, 10:5, 10:7, 12:7, 12:15, 35:20
**filed** [4] - 5:7, 5:14, 5:15, 31:3
**filing** [1] - 31:11
**fill** [1] - 12:16
**final** [1] - 35:4
**fine** [6] - 10:14, 18:9, 19:3, 24:6, 34:1, 35:4
**fined** [3] - 24:4, 35:2, 35:9
**fines** [1] - 23:1
**finger** [1] - 31:22
**First** [1] - 8:13
**first** [7] - 4:13, 9:25, 11:6, 12:22, 12:24, 13:6, 31:15
**five** [1] - 9:20
**followed** [2] - 4:1, 4:15
**following** [1] - 33:21
**force** [2] - 16:3, 16:16
**form** [9] - 12:17, 20:3, 20:8, 20:9, 20:15, 20:23, 21:1, 21:11, 29:13
**forth** [3] - 15:12, 20:9, 22:11
**forward** [13] - 6:3, 9:6, 9:14, 10:10, 14:20, 17:20, 19:12, 23:2, 23:5, 23:6, 23:13, 23:23, 35:13

**frankly** [1] - 32:24

### G

**Garden** [2] - 1:17, 1:18
**general** [1] - 22:11
**gentleman** [2] - 26:7, 26:11
**Gotshal** [1] - 1:15
**grant** [1] - 31:25
**granted** [1] - 36:5
**granting** [1] - 10:15
**ground** [1] - 27:7
**grounds** [4] - 5:23, 28:15, 31:24, 35:25
**group** [6] - 28:25, 29:15, 30:1, 31:22, 32:4, 32:15
**guess** [2] - 32:5, 32:6
**guidance** [1] - 18:3

### H

**Hamilton** [1] - 3:9
**HAMILTON** [2] - 1:23, 3:9
**Hasidic** [1] - 29:19
**head** [1] - 18:11
**hear** [10] - 6:22, 9:14, 15:12, 17:21, 22:20, 24:8, 24:9, 33:4, 34:7, 35:11
**heard** [2] - 22:22, 30:8
**hearing** [5] - 5:11, 7:10, 7:13, 19:1, 34:12
**highways** [1] - 27:23
**hill** [1] - 26:13
**hire** [1] - 8:21
**hired** [2] - 8:7, 13:23
**hiring** [2] - 6:13, 8:12
**hold** [1] - 18:13
**Honor** [63] - 3:4, 3:10, 3:13, 3:23, 4:19, 5:5, 5:6, 5:10, 5:12, 5:21, 6:11, 10:9, 10:17, 10:22, 11:5, 11:15, 11:20, 11:24, 12:9, 13:20, 14:1, 14:4, 15:1, 15:7, 15:14, 17:2, 17:4, 17:15, 17:22, 19:8, 20:16, 21:18, 21:24, 22:21, 24:14, 24:19, 24:24, 25:9, 25:15, 25:22, 26:6, 26:9, 26:13, 26:16, 27:13, 28:1, 28:9, 29:11, 29:21, 29:25, 30:15, 30:18, 31:5, 31:8, 31:14, 31:21, 32:9, 33:5, 33:7, 33:9, 35:16, 35:22, 36:6
**Honor's** [4] - 3:25, 5:22, 14:10, 14:15
**HONORABLE** [1] - 1:11
**hurt** [1] - 29:6

### I

**illustrated** [1] - 27:3

immediately [3] - 12:23, 12:25, 13:5
INC [1] - 1:4
include [1] - 33:16
including [2] - 28:4, 31:8
indicated [2] - 7:10, 7:12
individual [2] - 25:21, 26:17
information [1] - 24:25
informed [1] - 25:25
informing [1] - 26:1
injunction [8] - 4:1, 4:24, 5:7, 5:10, 5:12, 5:25, 16:6, 21:7
intention [2] - 20:2, 20:3
interesting [1] - 13:25
interests [1] - 28:10
interferes [3] - 10:25, 11:1, 11:2
interim [3] - 12:13, 33:25, 35:5
interject [1] - 30:10
interpret [1] - 22:5
interpretation [2] - 19:21, 19:22
intervene [6] - 27:1, 27:25, 30:14, 30:22, 31:25, 32:12
intervener [2] - 24:12, 24:16
interveners [2] - 24:9, 30:19
intervention [1] - 25:8
invited [1] - 30:4
involved [3] - 8:10, 13:2, 32:7
involving [1] - 30:10
Islamic [2] - 29:23, 32:4
Island [1] - 6:2
Islip [2] - 1:6, 2:22
issue [8] - 5:24, 8:10, 13:22, 16:16, 18:21, 30:10, 32:4, 32:6
issued [1] - 5:12
issues [1] - 30:8
itself [2] - 27:15, 28:16

## J

January [5] - 9:23, 10:1, 10:2, 10:3, 10:4
Jaspan [2] - 1:17, 35:17
Jeltje [1] - 3:11
JELTJE [1] - 2:3
JESSIE [1] - 1:14
Jessie [1] - 3:5
Jew [1] - 32:20
Jewish [5] - 3:15, 24:12, 24:16, 24:20, 32:17
Jews [4] - 29:16, 29:19, 31:23, 32:18
job [3] - 28:7, 28:12, 33:13
Jonathan [3] - 3:13, 24:11, 24:14

Judaism [1] - 32:20
judge [8] - 6:24, 8:11, 8:18, 16:8, 17:11, 18:16, 18:19, 30:17
JUDGE [1] - 1:11
Judge [3] - 26:21, 29:7, 33:2
jurisdiction [2] - 19:10, 27:20

## K

keep [1] - 13:13
kind [1] - 16:20, 27:6
kindly [1] - 31:9

## L

lack [2] - 6:25, 7:1
last [1] - 7:23
Law [1] - 1:23
law [4] - 17:12, 27:15, 27:18, 27:24
laws [1] - 30:12, 31:18, 31:19, 34:25
lawsuit [1] - 8:23
lawyers [2] - 13:24, 33:13
LDW [1] - 1:5
lead [1] - 8:13
lean [1] - 12:13
least [2] - 12:13, 35:25
lechis [9] - 4:23, 4:24, 5:24, 7:15, 7:19, 10:23, 14:8, 18:8, 35:2
legal [4] - 8:12, 30:19, 30:20, 32:1
LEO [1] - 1:20
LEONARD [1] - 1:11
letter [3] - 21:20, 35:24, 36:3
letters [5] - 5:5, 5:8, 5:14, 5:15, 5:17
liability [1] - 8:13
liable [1] - 18:13
Liccione [3] - 3:16, 35:17
LICCIONE [4] - 1:16, 3:16, 35:16, 36:6
life [1] - 34:13
light [2] - 14:10, 14:15
limited [1] - 14:6, 35:3
LIPA [15] - 2:8, 3:19, 17:16, 17:23, 19:4, 22:4, 22:23, 23:17, 24:3, 33:19, 34:8, 34:12, 34:17, 35:1, 35:8
list [5] - 4:16, 4:20, 26:20, 26:22, 26:24
lives [1] - 12:14
LLP [3] - 1:15, 2:3, 2:9
Lombardi [1] - 2:21
look [1] - 34:6
looking [2] - 10:1, 26:8
love [1] - 25:6

## M

Manges [1] - 1:15
map [1] - 4:19
maps [1] - 4:16
MARCI [1] - 1:23
Marci [1] - 3:9
matter [2] - 19:9, 36:11
MAUREEN [1] - 1:16
Maureen [2] - 3:16, 35:16
mean [3] - 7:3, 8:9, 29:5
meant [1] - 25:8
meantime [1] - 10:5
mechanical [1] - 2:24
members [3] - 25:16, 25:25, 26:18
mentioned [1] - 8:3
meritorious [1] - 28:13
merits [1] - 17:11
met [1] - 5:8
Michele [1] - 3:18
MICHELE [1] - 2:6
might [2] - 21:20, 24:2
mine [1] - 28:4
minorities [1] - 32:5
minority [1] - 32:7
minute [2] - 7:2, 18:20
MISHKIN [1] - 1:14
Mishkin [1] - 3:5
misspoke [1] - 33:15
moment [1] - 13:17
money [4] - 8:8, 8:19, 8:21, 20:23
months [1] - 5:16
morning [4] - 3:4, 12:3, 30:4, 31:9
motion [19] - 3:14, 4:1, 5:5, 5:7, 5:9, 6:19, 6:25, 9:1, 9:19, 10:14, 10:18, 14:2, 30:21, 30:22, 31:1, 31:15, 31:25, 35:20, 36:8
motions [1] - 28:12
movant [1] - 24:11
move [7] - 14:8, 22:19, 23:2, 23:4, 23:6, 23:13, 36:4
moved [2] - 4:24, 4:25
moving [1] - 21:2
MR [113] - 3:4, 3:7, 3:13, 3:23, 4:5, 4:8, 4:11, 5:20, 6:11, 6:15, 6:18, 6:23, 6:24, 7:5, 7:10, 7:15, 7:18, 7:22, 8:5, 8:11, 8:16, 8:18, 8:21, 9:2, 9:4, 9:7, 9:10, 9:16, 9:21, 9:25, 10:3, 10:9, 11:15, 11:20, 11:24, 12:9, 12:20, 12:24, 13:3, 13:10, 13:13, 13:16, 14:4, 14:14, 14:24, 14:5, 15:10, 15:20, 15:22, 16:5, 16:19, 16:23, 17:15, 18:17, 18:23,

19:22, 20:12, 20:16, 21:3, 21:5, 21:10, 22:15, 22:21, 23:6, 23:12, 23:16, 23:22, 24:2, 24:7, 24:11, 24:14, 24:19, 24:24, 25:4, 25:8, 25:11, 25:15, 25:21, 25:25, 26:2, 26:6, 26:9, 26:13, 26:15, 26:21, 26:24, 27:1, 27:12, 28:9, 28:19, 29:7, 29:11, 29:21, 29:25, 30:11, 30:17, 31:5, 31:8, 31:14, 32:9, 32:18, 33:2, 33:5, 33:7, 33:9, 33:15, 33:19, 34:5, 34:7, 34:11, 34:16, 34:22, 35:22
MS [24] - 3:9, 3:11, 3:16, 3:18, 3:20, 10:17, 10:22, 11:5, 11:12, 13:20, 14:1, 15:1, 15:14, 17:2, 17:22, 18:5, 18:15, 19:8, 19:18, 21:18, 21:24, 22:4, 35:16, 36:6
municipal [1] - 32:19
municipalities [8] - 5:3, 6:1, 18:6, 18:9, 22:24, 27:6, 27:8, 28:4
municipality [4] - 5:9, 29:18, 30:10, 32:25

## N

nail [2] - 28:8
name [2] - 24:14, 35:16
names [5] - 25:20, 25:21, 26:14, 26:15, 26:17
narrower [1] - 28:10
necessity [1] - 14:18
need [6] - 6:4, 11:7, 17:16, 18:3, 23:3, 27:18
needs [1] - 15:23
negative [3] - 17:6, 17:9, 17:13
nervousness [1] - 35:12
never [6] - 8:3, 8:8, 13:24, 18:12, 33:22, 35:9
new [2] - 5:4, 30:24
NEW [1] - 1:1
New [10] - 1:6, 1:18, 1:21, 1:24, 2:4, 2:7, 2:10, 2:22
next [4] - 15:21, 17:1, 17:14, 25:7
nobody [2] - 23:10, 26:4
none [1] - 4:20
nothing [2] - 13:4, 30:24
number [2] - 25:1, 25:2

## O

objected [1] - 20:8
objection [2] - 16:18, 16:19
objections [1] - 15:12

**obligated** [2] - 9:11, 9:13
**obviously** [1] - 14:21
**OF** [3] - 1:1, 1:7, 1:10
**Official** [1] - 2:21
**officially** [1] - 8:16
**once** [1] - 34:6
**one** [13] - 11:20, 12:1, 13:4, 14:4, 16:3, 19:15, 20:4, 20:24, 22:20, 27:2, 32:12
**opportunity** [1] - 28:5
**oppose** [11] - 5:23, 14:25, 16:13, 24:21, 28:21, 29:16, 29:24, 30:2, 32:18, 32:19, 32:22
**opposed** [1] - 14:16
**order** [9] - 7:8, 14:18, 15:18, 15:19, 15:25, 16:8, 16:20, 20:17, 21:8
**ordinance** [12] - 7:17, 7:19, 7:20, 10:20, 10:21, 10:22, 10:24, 21:21, 21:22, 27:15, 27:19, 27:21
**ordinances** [1] - 13:1
**organization** [1] - 24:23
**original** [3] - 25:1, 25:3, 25:7
**orthodox** [1] - 31:22
**Orthodox** [1] - 32:20
**otherwise** [1] - 9:14
**ought** [1] - 30:14
**outside** [1] - 8:7
**Ovington** [1] - 2:7
**own** [1] - 5:18

## P

**paid** [1] - 8:8
**papers** [7] - 25:2, 25:3, 25:7, 25:8, 25:13, 25:19, 32:16
**part** [1] - 24:22
**participate** [1] - 30:13
**particular** [4] - 28:25, 29:15, 32:17, 32:20
**parties** [1] - 17:23
**Paul** [1] - 2:21
**penalties** [1] - 21:22
**pending** [2] - 17:17, 31:4
**people** [9] - 3:15, 11:2, 24:12, 24:16, 24:22, 25:20, 27:7, 29:23, 30:5
**perceived** [1] - 32:19
**perils** [1] - 34:13
**permanent** [2] - 15:11, 15:13
**permissible** [1] - 22:9
**permission** [4] - 5:5, 6:24, 7:9, 35:25
**permit** [1] - 21:17
**permitted** [2] - 23:25, 30:13
**person** [1] - 22:20
**personally** [1] - 26:10
**Ph** [1] - 2:22

**Pincus** [2] - 3:18, 35:11
**PINCUS** [6] - 2:6, 3:18, 17:22, 18:5, 18:15, 22:4
**placement** [1] - 5:23
**placing** [1] - 17:5
**plaintiff** [9] - 15:24, 16:7, 17:4, 19:12, 19:20, 22:9, 22:19, 30:4, 32:23
**Plaintiffs** [2] - 1:5, 1:14
**plaintiffs** [7] - 3:6, 3:24, 4:1, 9:6, 11:7, 27:5, 31:9
**plan** [6] - 4:16, 5:4, 9:6, 14:7, 14:19, 14:20, 19:24, 23:22
**Plaza** [2] - 1:17, 2:22
**Plimpton** [1] - 2:9
**point** [8] - 5:21, 11:8, 11:21, 15:2, 18:15, 19:9, 29:17, 34:20
**pole** [3] - 11:1, 29:5, 29:10
**poles** [8] - 4:16, 4:20, 5:24, 18:7, 18:8, 23:17, 35:2
**position** [15] - 9:5, 13:8, 17:6, 17:10, 17:13, 18:1, 18:2, 18:5, 19:8, 22:5, 28:16, 28:18, 28:20, 29:12, 33:20
**possible** [1] - 8:7
**Post** [1] - 1:21
**posted** [1] - 13:13
**Power** [1] - 6:2
**precisely** [1] - 27:6
**predominantly** [2] - 24:20, 29:16
**prejudice** [1] - 30:22
**preliminary** [7] - 3:25, 4:24, 5:7, 5:10, 5:12, 5:25, 16:6
**prepared** [1] - 23:23
**PRESENT** [1] - 2:6
**present** [1] - 14:20
**pretty** [1] - 31:19
**problem** [6] - 11:15, 20:13, 22:4, 22:21, 23:16, 30:25
**problems** [1] - 11:25
**procedural** [7] - 27:2, 27:3, 28:14, 28:22, 29:4, 32:13, 32:14
**procedure** [5] - 11:16, 11:17, 12:1, 33:24, 36:1
**procedures** [1] - 34:25
**proceed** [4] - 21:9, 21:12, 22:9, 22:13
**Proceedings** [1] - 2:24
**process** [5] - 4:6, 4:8, 4:10, 28:3, 30:3
**produce** [1] - 19:5
**produced** [1] - 2:25
**projection** [2] - 10:25, 12:4
**promise** [1] - 17:11
**proposed** [2] - 7:15, 14:24
**public** [2] - 27:17, 27:23,

30:9
**purely** [1] - 28:14
**purpose** [1] - 29:4
**put** [21] - 8:6, 12:11, 12:20, 12:24, 13:10, 13:16, 14:24, 15:4, 15:24, 16:8, 16:20, 17:9, 17:17, 18:1, 19:18, 19:19, 19:23, 23:12, 31:21, 35:2, 35:6

## Q

**questionable** [2] - 12:5, 14:16
**Quogue** [31] - 1:25, 2:5, 3:10, 3:12, 4:14, 4:22, 4:23, 10:16, 10:17, 11:17, 12:11, 12:14, 12:21, 13:11, 13:16, 14:8, 15:2, 15:6, 17:3, 17:5, 17:9, 19:14, 19:16, 19:25, 20:6, 20:19, 21:12, 21:18, 21:21, 23:14
**Quogue's** [1] - 14:16

## R

**raise** [1] - 5:16
**raised** [2] - 5:17, 18:11
**rather** [1] - 27:5
**reaction** [1] - 14:12
**read** [1] - 7:20
**really** [1] - 11:6
**reason** [1] - 27:3
**reasons** [2] - 27:2, 32:12
**recommending** [1] - 16:11
**record** [2] - 15:18, 15:23
**recorded** [1] - 2:24
**referring** [1] - 26:12
**regard** [1] - 17:2
**regardless** [1] - 27:14
**regulations** [2] - 6:9, 7:8
**related** [1] - 17:24
**relief** [1] - 17:24
**religion** [4] - 28:25, 29:14, 29:15, 32:17
**religious** [1] - 29:1
**renew** [3] - 5:24, 30:23, 31:1
**repeated** [1] - 12:3
**Reporter** [1] - 2:21
**represent** [2] - 32:18, 35:17
**represented** [1] - 29:18
**request** [5] - 5:22, 5:24, 14:18, 35:3, 35:23
**requesting** [1] - 5:5
**reserve** [2] - 33:6, 35:19
**reserved** [1] - 33:1
**resolve** [1] - 16:22
**respect** [4] - 4:14, 5:25, 14:17, 34:1
**respectfully** [6] - 5:21, 6:5,

14:18, 27:4, 32:9, 32:22
**respond** [1] - 9:20
**response** [1] - 5:3
**retaining** [2] - 4:9, 4:11
**revised** [5] - 4:15, 4:19, 5:4, 14:7, 14:19
**rights** [2] - 12:19, 35:20
**ripe** [3] - 6:19, 14:13, 19:10
**ripeness** [3] - 7:1, 7:2, 28:15
**risks** [2] - 34:14, 34:16
**RMR** [1] - 2:21
**roads** [1] - 27:23
**Robert** [2] - 3:5, 3:23
**ROBERT** [1] - 1:14
**Route** [1] - 2:4
**rule** [4] - 22:16, 22:18, 24:9, 31:7
**rules** [2] - 6:9, 7:7
**ruling** [7] - 11:10, 14:11, 15:13, 15:15, 15:16, 21:4, 21:5
**run** [5] - 16:7, 25:6, 28:3, 30:12, 31:17
**running** [1] - 23:21

## S

**satisfied** [1] - 13:19
**Schaeffer** [1] - 26:8
**schedule** [4] - 5:11, 35:21, 36:2
**Schlesinger** [2] - 1:17, 35:17
**School** [1] - 1:23
**seat** [1] - 29:4
**second** [2] - 12:2, 18:10
**Second** [2] - 31:6, 31:11
**secondly** [1] - 28:1
**sect** [1] - 32:17
**see** [8] - 10:5, 10:6, 12:17, 12:19, 12:25, 14:23, 22:14, 23:20
**seeking** [1] - 27:1
**separate** [1] - 13:1
**set** [2] - 5:10, 17:4
**show** [1] - 25:13
**shows** [1] - 4:19
**sign** [6] - 7:16, 7:17, 7:18, 7:20, 27:14, 27:18
**signed** [1] - 27:21
**signing** [1] - 7:8
**simple** [2] - 12:16, 31:23
**SIMRY** [34] - 3:13, 24:11, 24:14, 24:19, 24:24, 25:4, 25:8, 25:11, 25:15, 25:21, 25:25, 26:2, 26:6, 26:9, 26:13, 26:15, 26:21, 26:24, 27:1, 27:12, 28:9, 28:19, 29:7, 29:11, 29:21, 29:25, 30:11, 31:5, 31:8, 32:9, 32:18, 33:2, 33:5, 33:7

**Simry** [3] - 3:13, 24:11, 24:15
**sit** [2] - 28:2, 35:14
**sitting** [1] - 18:11
**six** [1] - 5:15
**Smithtown** - 2:4
**SOKOLOFF** [28] - 1:19, 3:7, 6:24, 7:5, 7:10, 7:15, 7:18, 7:22, 8:5, 8:11, 8:16, 8:18, 8:21, 9:2, 9:4, 9:7, 9:10, 9:16, 9:21, 9:25, 10:3, 15:22, 16:5, 16:19, 16:23, 18:17, 18:23, 34:5
**Sokoloff** [3] - 1:20, 3:7, 33:22
**solves** [1] - 20:13
**sought** [1] - 17:24
**Southampton** [11] - 1:18, 3:16, 4:3, 4:21, 5:22, 6:16, 11:16, 12:2, 14:17, 35:18, 36:1
**Spellman** [1] - 2:3
**spent** [2] - 8:19, 8:21
**spoken** [2] - 16:14, 16:15
**spring** [1] - 5:8
**stand** [3] - 13:22, 19:2, 20:7
**standing** [3] - 7:1, 28:15, 30:2
**start** [1] - 21:1
**state** [4] - 27:15, 27:18, 27:24, 28:5
**STATES** [2] - 1:1, 1:11
**States** [1] - 1:6
**STATUS** [1] - 1:10
**statutes** [1] - 22:6
**stenography** [1] - 2:24
**step** [1] - 11:6
**Stern** - 1:20
**stick** [2] - 11:1, 29:5
**still** [3] - 8:9, 17:19, 33:19
**stipulate** [1] - 34:2
**stipulated** [1] - 31:9
**stipulation** [1] - 33:24
**stop** [1] - 35:14
**streets** [1] - 11:2
**stuff** [1] - 17:18
**subject** [5] - 10:11, 12:18, 19:9, 19:25, 22:20
**submit** [4] - 12:11, 14:2, 14:7, 31:24
**submitted** [4] - 4:15, 5:4, 23:22, 35:24
**substantial** [1] - 25:1
**substantive** [5] - 27:2, 28:16, 28:18, 28:19, 32:12
**substantively** [3] - 28:21, 29:3, 32:22
**SUGARMAN** [53] - 1:14, 3:4, 3:23, 4:5, 4:8, 4:11, 5:20, 6:11, 6:15, 6:18, 6:23, 10:9, 11:15, 11:20, 11:24,

12:9, 12:20, 12:24, 13:3, 13:10, 13:13, 13:16, 14:4, 14:14, 14:24, 15:7, 15:10, 15:20, 17:15, 19:22, 20:12, 22:15, 22:21, 23:6, 23:12, 23:16, 23:22, 24:2, 24:7, 30:17, 31:14, 33:9, 33:15, 33:19, 34:7, 34:11, 34:16, 34:22, 35:22
**Sugarman** [2] - 3:5, 3:23
**suggest** [1] - 33:20
**suggested** [3] - 19:24, 28:13, 35:21
**suggesting** [1] - 16:2
**suggestion** [2] - 4:15, 16:5
**suggestions** [1] - 4:1
**Suite** [1] - 2:22

## T

**table** [2] - 28:2, 29:4
**temporarily** [5] - 14:19, 15:7, 15:8, 17:5, 35:3
**temporary** [1] - 19:23
**terms** [2] - 14:3, 36:5
**THE** [129] - 1:7, 1:11, 3:1, 3:22, 4:4, 4:7, 4:10, 5:18, 6:7, 6:13, 6:17, 6:21, 7:2, 7:7, 7:12, 7:17, 7:20, 7:23, 8:6, 8:14, 8:17, 8:19, 8:25, 9:3, 9:5, 9:8, 9:12, 9:18, 9:24, 10:2, 10:4, 10:11, 10:19, 10:24, 11:10, 11:13, 11:19, 11:22, 12:6, 12:15, 12:22, 13:1, 13:4, 13:12, 13:15, 13:18, 13:21, 14:3, 14:11, 14:22, 14:25, 15:8, 15:11, 15:18, 15:21, 16:1, 16:10, 16:22, 16:25, 17:9, 17:21, 18:2, 18:10, 18:20, 19:7, 19:15, 19:20, 20:2, 20:13, 20:20, 21:4, 21:7, 21:11, 21:23, 22:1, 22:13, 22:16, 23:4, 23:7, 23:15, 23:19, 23:25, 24:5, 24:8, 24:13, 24:18, 24:22, 25:3, 25:5, 25:10, 25:13, 25:19, 25:23, 26:1, 26:3, 26:7, 26:11, 26:14, 26:19, 26:22, 26:25, 27:9, 28:6, 28:18, 29:5, 29:9, 29:19, 29:23, 30:9, 30:16, 30:25, 31:6, 31:13, 32:3, 32:16, 33:1, 33:4, 33:6, 33:8, 33:11, 33:18, 34:2, 34:6, 34:9, 34:13, 34:19, 35:14, 36:3, 36:9
**therefore** [1] - 23:10
**Third** [1] - 2:10
**threaten** [1] - 33:23

**threatened** [3] - 23:1, 33:22, 35:10
**three** [7] - 5:8, 9:4, 9:19, 9:20, 9:22, 13:1, 18:6
**today** [2] - 6:18, 31:12
**tomorrow** [1] - 24:7
**tooth** [1] - 28:8
**totally** [1] - 35:22
**town** [1] - 4:3
**Town** [5] - 1:18, 3:17, 4:21, 5:1, 6:16
**Transcript** [1] - 2:25
**TRANSCRIPT** [1] - 1:10
**tried** [1] - 30:2
**triggered** [1] - 8:23
**trustees** [3] - 27:16, 27:19, 27:21
**trying** [3] - 23:8, 31:17, 36:4
**two** [4] - 5:3, 11:24, 27:1, 32:12

## U

**unbelievable** [1] - 19:11
**under** [4] - 8:13, 19:24, 35:25, 36:5
**understood** [1] - 21:3
**Uniondale** [1] - 2:7
**UNITED** [2] - 1:1, 1:11
**United** [1] - 1:6
**unlike** [1] - 11:16
**unofficially** [2] - 8:17, 8:19
**up** [18] - 10:1, 12:11, 12:21, 12:24, 13:10, 13:16, 15:4, 15:24, 16:9, 16:20, 17:4, 17:17, 19:2, 19:18, 19:23, 20:14, 33:25, 35:6
**utilities** [1] - 21:17

## V

**Verizon** [7] - 2:11, 3:21, 6:2, 17:16, 17:23, 19:4, 22:5, 22:23, 23:17, 24:3, 33:19, 34:1, 34:7, 34:12, 34:16, 35:1, 35:8
**view** [5] - 22:24, 22:25, 27:20, 29:8, 29:17
**viewed** [4] - 7:16, 28:24, 29:13, 32:21
**VILLAGE** [1] - 1:7
**village** [17] - 8:4, 8:12, 8:14, 9:15, 11:9, 11:11, 14:1, 21:19, 27:14, 27:15, 27:16, 27:17, 27:22, 27:24, 28:6, 28:22, 29:6
**Village** [15] - 1:25, 2:5, 3:2, 3:7, 3:9, 3:11, 7:16, 15:2, 15:6, 17:3, 19:14, 24:20, 30:20, 31:18, 32:1
**village's** [1] - 8:24

**villages** [2] - 30:1, 30:5
**virtually** [1] - 5:15
**vu** [1] - 5:6

## W

**wait** [8] - 7:2, 12:25, 18:10, 18:20, 24:5, 25:5
**waiting** [2] - 4:7, 22:6
**walk** [2] - 33:10, 33:12
**walking** [1] - 11:2
**wants** [2] - 23:10, 26:4
**waste** [2] - 20:22, 36:4
**ways** [2] - 27:17, 30:5
**weeks** [4] - 9:4, 9:19, 9:20, 9:22
**Weil** [1] - 1:15
**Weisgerber** [1] - 3:20
**WEISGERBER** [2] - 2:9, 3:20
**Westbury** [1] - 1:21
**western** [1] - 4:25
**WESTHAMPTON** [1] - 1:7
**Westhampton** [45] - 1:22, 3:2, 3:8, 3:15, 4:14, 4:22, 4:25, 5:2, 5:23, 6:8, 6:23, 7:16, 10:10, 12:21, 13:7, 13:10, 14:6, 14:9, 15:25, 19:25, 20:5, 20:18, 20:20, 21:6, 21:9, 22:10, 22:15, 23:13, 23:18, 23:25, 24:17, 24:20, 24:21, 27:10, 27:13, 30:21, 31:18, 31:23, 32:1, 33:17, 33:25, 34:8, 34:25, 35:7, 35:9
**WEXLER** [1] - 1:11
**whatsoever** [1] - 19:14
**whole** [1] - 7:25
**willing** [1] - 20:23
**win** [7] - 20:20, 20:24, 20:25
**wish** [1] - 30:16
**withdraw** [1] - 33:16
**withdrawal** [1] - 31:10
**words** [2] - 10:9, 30:9
**worry** [1] - 23:19
**write** [2] - 21:19, 36:3
**writing** [2] - 15:15, 15:16

## Y

**year** [1] - 4:14
**YORK** [1] - 1:1
**York** [10] - 1:6, 1:18, 1:21, 1:24, 2:4, 2:7, 2:10, 2:22